2/18/2019                              Advocacy Center Mail - Visit List and Attorney-Client Relationships



Melanie Bray <mbray@advocacyla.org>

## Visit List and Attorney-Client Relationships

**Randal J. Robert** <RANDY@kswb.com>                                                Fri, Feb 15, 2019 at 3:08 PM
To: Jonathan Trunnell <jtrunnell@advocacyla.org>, "Keith J. Fernandez" <Keith@kswb.com>, George Holmes <George@kswb.com>, "Connell L. Archey" <CONNELL@kswb.com>, Jonathan Vining <JVining@corrections.state.la.us>, "collierma@ag.louisiana.gov" <collierma@ag.louisiana.gov>
Cc: Melanie Cleveland <mbray@advocacyla.org>, Ronald Lospennato <rlospennato@advocacyla.org>, Sarah Voigt <svoigt@advocacyla.org>, Katie Schwartzmann <kschwartzmann@laaclu.org>, Bruce Hamilton <bhamilton@laaclu.org>

Jonathan:

Thank you for your email. We note that your purported list of clients exceed 300 offenders and is basically, with few exceptions, a list of everyone who is or has been in extended lockdown at DWCC. We do not view this as a good faith effort to identify your clients. Instead, it appears to be nothing more than a restatement of your prior position that you represent the entire putative class by simply providing us with all of their names and asserting attorney-client privilege. In fact, if all of these individuals are in fact your clients, we don't understand why we have not spent months working toward a class certification hearing and/or why you recently filed a motion to amend to name the advocacy center as a plaintiff. You could have simply covered the field by naming all of these "clients" as parties to the litigation in the first instance. Your failure to do so makes us question whether such a relationship actually exists.

With that said, I have discussed the matter with my clients and we will agree to allow you to meet with the individuals listed below when you are in Shreveport next week. We are agreeing to do so in a good faith effort to allow you limited access while either we or the court resolves the current stalemate regarding access to these witnesses for investigation of the claims in this matter. We note that our agreement to allow you access on this limited basis should not be viewed as an agreement by defendants that any of these individuals (except the named plaintiffs) are in fact your clients, nor should it be viewed as an agreement on our part to grant future access pending resolution of the motions before the court.

Please be advised that access will be given to meet with the individuals listed below on Friday, 2/22. We cannot accommodate your request to meet on Tuesday.

Again, we reiterate our offer made during the meet and confer conference yesterday. We will agree to allow you reasonable access to meet with putative class members if you will agree to allow us reciprocal access to properly investigate these claims.

Regards - Randy

From:
Randal J. Robert
Kantrow Spaht Weaver and Blitzer (APLC)
P.O. Box 2997/445 North Blvd., Suite 300
Baton Rouge, LA 70821-2997
Tel: 225.383.4703/Fax: 225.343.0630
Email: randy@kswb.com

Firm website: http://www.kswb.com

This communication may be protected by the attorney/client and/or other privileges and may contain confidential information intended only for the person to whom it is addressed. Any views or opinions expressed are solely those of the author and do not necessarily represent those of Kantrow, Spaht, Weaver & Blitzer (APLC). Any improper use, dissemination, forwarding, printing, or copying of this e-mail without consent of the originator is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone at 225-383-4703///IRS CIRCULAR 230 DISCLOSURE: To insure compliance with requirements imposed by the IRS, please be informed that any tax advice contained in this communication (including any attachments), is not intended or written to be used, and cannot be used by you or anyone else, for the purpose of (i) avoiding penalties imposed by the Internal Revenue Code or other law, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein. If you desire a formal opinion on a particular tax matter for the purpose of avoiding the imposition of any penalties, our firm must be engaged for that purpose and we will discuss further the Treasury requirements that must be met and whether it is possible to meet those requirements under the circumstances, as well as the anticipated time and fees involved.

[Quoted text hidden]