UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| BRUCE CHARLES, on behalf of himself and all other similarly situated prisoners at David Wade Correctional Center, | * * * * * | CIVIL ACTION NO.: 5:18-CV-00541-EEF-MLH  JUDGE ELIZABETH E. FOOTE |
| and | * * | |
| The ADVOCACY CENTER | * * | USMJ MARK L. HORNSBY |
| PLAINTIFFS, | * * | |
| VS. | * * | CLASS ACTION |
| JAMES M. LEBLANC, *et al.*, | * * | |
| DEFENDANTS. | * | |

**ORDER**

Considering Plaintiffs' Motion to Voluntarily Dismiss Anthony Tellis,

IT IS ORDERED that the Motion is granted and Mr. Tellis is dismissed as a named Plaintiff and representative of the putative class.

Shreveport, Louisiana, this __25th__ day of __March__, 2019.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE