UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| BRUCE CHARLES, on behalf of himself and all other similarly situated prisoners at David Wade Correctional Center, | * * * * | CIVIL ACTION NO.: 5:18-CV-00541-EEF-MLH |
| | * | JUDGE ELIZABETH E. FOOTE |
| and | * * | |
| The ADVOCACY CENTER, | * * | |
| PLAINTIFFS, | * * | USMJ MARK L. HORNSBY |
| VS. | * * | CLASS ACTION |
| JAMES M. LEBLANC, *et al.*, | * * | |
| DEFENDANTS. | * | |

**PARTIES' JOINT MEMORANDUM
ON CLASS CERTIFICATION SCHEDULING**

The Parties have jointly agreed that the class certification motion can be deferred to the dispositive motion stage. The Parties wish to conduct discovery for both class certification and the merits at the same time. The Parties understand that new deadlines will be set for expert reports and the closure of discovery.

There is authority supporting this Court's ability to schedule resolution of the class certification issues at the dispositive motion stage. The mandate of the Federal Rules is that the Court resolve the question of class certification at "an early practicable time." Fed. R. Civ. P. 23(c)(1). "Rule 23 permits a district court, in appropriate circumstances, to defer the issue of class certification until after disposing of summary judgment motions." *Danny B. ex rel. Elliott v.*

*Raimondo*, 784 F.3d 825, 837–38 (1st Cir. 2015), *see also Toben v. Bridgestone Retail Operations*, 751 F.3d 888, 896 (8th Cir. 2014); *Curtin v. United Airlines, Inc.*, 275 F.3d 88, 93 (D.C. Cir. 2001).

Jointly submitted by the Parties on this 12th day of April, 2019 through undersigned counsel.

/s/ Jonathan C. Trunnell
Jonathan C. Trunnell, La. Bar No. 36956, T.A.
Sarah H. Voigt, La. Bar No. 18483
Melanie Bray, La. Bar No. 37049
Ronald K. Lospennato, La. Bar No. 32191
Advocacy Center
8325 Oak Street
New Orleans, LA 70118
504-708-1460
504-507-1956 (fax)
jtrunnell@advocacyla.org


/s/ Katie M. Schwartzmann
Katie M. Schwartzmann, La. Bar No. 30295
Bruce Hamilton, La. Bar No. 33170
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, La 70156
Telephone: (504) 522-0628
Facsimile: (504) 613-5611
kschwartzmann@laaclu.org

Counsel for Plaintiffs

AND

**JEFF LANDRY,**
**ATTORNEY GENERAL**

KANTROW, SPAHT, WEAVER & BLITZER(A PROFESSIONAL LAW CORPORATION)
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 383-4703
Facsimile: (225) 343-0630

                    By: /s/ Randal J. Robert
                          Randal J. Robert (#21840)
                          Connell L. Archey (#20086)
                          Keith J. Fernandez (#33124)
                          George P. Holmes (#36501)
                          *Special Assistant Attorneys General*
                          Email: randy@kswb.com
                                      connell@kswb.com
                                      keith@kswb.com
                                      george@kswb.com

                          Margaret A. Collier (#33790)
                          Assistant Attorney General
                          Louisiana Department of Justice
                          Civil Division
                          P.O. Box 94005
                          Baton Rouge, LA 70804-9005
                          Telephone: (225) 326-6000
                          Fax: (225) 326-6098
                          Email: collierma@ag.louisiana.gov

                          Counsel for Defendants

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing has been served on the Defendants the 12th day of April, 2019, by utilization of this Court's CM/ECF system.

                          */s/ Jonathan Trunnell*
                          Jonathan Trunnell