UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY TELLIS and BRUCE CHARLES on behalf of themselves and all others similarly situated | * * * * | JUDGE ELIZABETH E. FOOTE USMJ MARK L. HORNSBY |
| VERSUS | * * | |
| JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, JERRY GOODWIN, Warden of David Wade Correction Center COL. LONNIE NAIL; DOCTOR GREGORY SEAL; ASSISTANT WARDEN DEBORAH DAUZAT; STEVE HAYDEN; AERIAL ROBINSON; JOHNIE ADKINS; and THE LOUISIANADEPARTMENT OF PUBLIC SAFETYAND CORRECTIONS | * * * * * * * * * * | CIVIL ACTION NO.: 5:18-CV-00541-EEF-MLH |

## ORDER

Considering Record Document 198, the Response to Motion and Request for Status Conference Regarding Plaintiffs' Motion to Voluntarily Dismiss Damonte Henry [R. Doc. 196] and the Court's Order Regarding Said Motion, [R. Doc. 197] and the attachments annexed thereto filed on behalf of the Defendants:

**IT IS ORDERED** that a status conference be held on the _____ day of _____, 2019 at _____ o'clock.

Dated: _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA