UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ANTHONY TELLIS, ET AL.** | **CIVIL ACTION NO. 18-cv-0541** |
| **VERSUS** | **JUDGE FOOTE** |
| **JAMES M. LEBLANC, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

Because the record now contains both parties' views regarding Damonte Henry's withdrawal from this litigation, [Record Documents 196 and 198], no status conference is necessary at this time. The motion for a status conference [Record Document 198] is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 23rd day of May, 2019.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE