# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

ANTHONY TELLIS, ET AL.                    CIVIL ACTION NO. 18-cv-0541

VERSUS                                    JUDGE FOOTE

JAMES M. LEBLANC, ET AL.                  MAGISTRATE JUDGE HORNSBY

## ORDER

This matter is **REFERRED** to Magistrate Judge Karen Hayes for the purpose of conducting a mediation on a date and time convenient to her.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the _28th_ day of _MAY_, 2019.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE