DWCC 282

# David Wade Correctional Center
# <u>Review of Use of Force</u>

**Source of Information:**   U.O.R.   <u>XXXX</u>      **Allegation from Offender:** _____

Other (Specify):

**Statement of Review:**

I have reviewed the Use of Force / Chemical Agent concerning offender Larry Jones #371441, which occurred in the N4 Housing Unit at approximately 1715 hrs on May 14, 2018.

**Conclusion:**

After a review of the incident, only the force necessary was used to bring the situation under control, within the realm of E.P.M. 02-01-005, Use of Force.

**Recommended Action:**

None.

_____
**Lonnie Nail, Corr. Colonel**
**South Compound Unit Manager**
**David Wade Correctional Center**

<u>May 15, 2018</u>
**Date**

xc:          File Records

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: DWCC**

| NAME Larry Jones | NUMBER 371441 | DORM OR CELLBLOCK N4 Cellblock | DATE OF INCIDENT 14 May 18 | TIME OF INCIDENT Approx. 1715 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT N4C-5 | | WITNESSES Capt. Huey, Capt. Elmore, M/Sgt. Horton, M/Sgt. Tell, Nurse Menere | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Unit Head
- ☐ Use of Body Camera or other RMD

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☒ Planned
  - ☒ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☒ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☒ Use of Body Camera or other RMD

\* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

SEE ATTACHED ADDENDUM PAGE.

_____
REPORTING OFFICER
Vincent Coleman, Major (Wade 19)
A Team Shift Supervisor

14 May 18
DATE COMPLETED

1935 hrs.
TIME COMPLETED

06 June 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Addendum page)**

**INSTITUTION: DWCC**

**PAGE ___2___ of ___2___**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Larry Jones | 371441 | N4 Cellblock | 14 May 18 | Approx. 1715 hrs. |

| LOCATION OF INCIDENT | WITNESSES |
|----------------------|-----------|
| N4C-5 | Capt. Huey, Capt. Elmore, M/Sgt. Horton, M/Sgt. Tell, Nurse Menere |

**DESCRIPTION OF INCIDENT (CONTINUED)**

On the above date and approximate time I, Major Coleman was notified by Capt. Huey that Offender Larry Jones #371441 who is currently on Standard Suicide Watch had covered the camera in his cell (N4C-5) and that he was refusing to cease his actions of yelling and racking his cell bars. I then proceeded to the N4 Housing Unit. Upon arrival, I was directed towards C-Tier. As I entered the Tier, I clearly heard and observed Offender Jones yelling and racking his cell bars. Capt. Elmore arrived on the Tier at this time. At this time, Offender Jones ceased his actions of racking his cell bars and stated, "I'm fixing to start a riot in this mother-fucker! If you spray me you are gonna have to spray every motherfucker on the Tier!" I gave Offender Jones a direct verbal order to cease his actions of yelling and cursing. Offender Jones refused to comply. I activated my body camera and advised Offender Jones that if he did not comply with my orders chemical agent would be administered. Offender Jones refused to comply with my orders and continued his actions. Offender Jones actions created an unsafe environment and made it difficult for the Tiers to be properly monitored by using the electronic listening devices. Due to the immediate need to restore order and gain compliance, I administered a short burst of chemical agent to the face and head area of Offender Jones. Once the chemical agent took effect, I gave Offender Jones a direct verbal order to come to the bars to be restrained and he complied. Capt. Huey placed handcuffs on Offender Jones and I ordered the cell door opened. Capt. Huey and Capt. Elmore entered the cell and Capt. Elmore placed Offender Jones in leg irons. While Offender Jones was exiting his cell to be escorted to the lobby he stated, "Let's get this shit started." At this time, other offenders began racking their cell bars. I then gave Offender Jones a direct verbal order to cease his actions and he complied. Once in the lobby I notified medical. Moments later Nurse Menere arrived and provided Offender Jones with an eye wash. Offender Jones was offered a shower which he refused. While Offender Jones was in the lobby, his cell was cleaned and sanitized with a soap and water solution per policy. All contaminated items were placed in a red biohazard bag and forwarded to the laundry for further handling. Offender Jones was escorted back to his assigned cell (N4C-5) and given a clean paper gown without further incident. Offender Jones was offered a shower for the next two hours and he continued to refuse. Only the minimum amount of force was used to gain compliance. Offender Jones was issued an RVR for violation of Rule 29, Disturbance. Colonel Nail and Duty Officer Colonel Baird were notified.

| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |
|-------------------|----------------|----------------|
| Vincent Coleman, Major (Wade 19) | 14 May 18 | 1935 hrs. |
| A Team Shift Supervisor | | |

DWCC 004841

Form C-05-001-W-1
06 June 2017

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: David Wade Correctional Center**

| NAME<br>Jones, Larry | NUMBER<br>371441 | DORM OR CELLBLOCK<br>N4 | DATE OF INCIDENT<br>14 May 2018 | TIME OF INCIDENT<br>approx. 1708 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4C tier | | WITNESSES<br>Major Coleman, Capt. Elmore, M/Sgt. Horton, M/Sgt. Tell, Nurse Menere | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Unit Head
- [ ] Use of Body Camera or other RMD

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [x] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike
- [x] Use of Body Camera or other RMD

* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

See Addendum page.

| _John Huey 9/apt_ | _14 May 18_ | _2105_ |
|---|---|---|
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |

DWCC 004842

Form C-05-001-W-2
06 June 2017

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Addendum page)

INSTITUTION: <u>DWCC</u>

PAGE ___2___ of ___2___

| NAME<br>Jones, Larry | NUMBER<br>371441 | DORM OR CELLBLOCK<br>N4C | DATE OF INCIDENT<br>14 May 2018 | TIME OF INCIDENT<br>1708 |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4 C Tier | | WITNESSES<br>Major Coleman, Capt. Elmore, M/Sgt. Horton, M/Sgt. Tell, Nurse Menere | | |

DESCRIPTION OF INCIDENT (CONTINUED)

On the above date and approximate time, I (Capt. Huey) was notified by M/Sgt. Horton that offender Larry Jones #371441, who was on Standard Suicide Watch at the time, had covered the camera in his cell (N4C-5) and that he was refusing to cease his actions of yelling and racking his cell bars. I proceeded to N4 cell block. Upon arrival, I was directed to N4C tier. As I entered, I clearly heard and observed offender Jones yelling and racking his cell bars. I gave offender Jones several direct verbal orders to cease his actions of yelling and racking his cell bars. Offender Jones refused to comply. I notified Major Coleman. Major Coleman and Capt. Elmore arrived. I activated my body camera, and we proceeded to the cell of offender Jones. At this time, offender Jones ceased his actions of racking the cell bars and stated, "I am fixing to start a riot in this mother-fucker! If you spray me you are going to have to spray every motherfucker on the tier!" Major Coleman gave offender Jones a direct verbal order to cease his actions and advised offender Jones that if he did not comply with orders to cease his actions, then chemical agent would be administered. Offender Jones refused to comply with all orders and continued his actions. Offender Jones actions made it difficult for the tiers to be properly monitored by using the electronic monitoring devices and created an unsafe environment. Due to the need to restore order, Major Coleman administered a short burst of chemical agent to the face and head area of offender Jones. After giving the chemical agent time to take effect, Major Coleman gave offender Jones a direct verbal order to come to the bars to be restrained and he complied. I placed handcuffs on offender Jones and I ordered his cell door opened. Capt. Elmore and I entered the cell and Capt. Elmore placed offender Jones in leg irons. As Offender Jones was exiting his cell to be escorted to the lobby he stated, "Let's get this shit started" Other offenders then began racking their cell bars. Major Coleman gave Offender Jones a direct verbal order to cease his actions and he complied. Medical was notified. Nurse Menere arrived and provided offender Jones with an eye wash. Offender Jones was offered a shower which he refused. While offender Jones was in the lobby, his cell was cleaned and sanitized with a soap and water solution per policy. All contaminated items were placed in a red biohazard bag and forwarded to the laundry for further handling. Offender Jones was escorted back to his assigned cell (N4C-5) and given a clean paper gown without further incident. Offender Jones was offered a shower for the next two hours and he continued to refuse. Only the minimum amount of force was needed used to gain compliance. Offender Jones was issued an RVR for violation of Rule #29 (Disturbance). Col. Nail and Duty Officer Col. Baird were notified.

_John Huey_
REPORTING OFFICER Capt. John Huey

___14 May 2018___
DATE COMPLETED

___2105___
TIME COMPLETED

DWCC 004843

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: DWCC**

| NAME Larry Jones | NUMBER 371441 | DORM OR CELLBLOCK N4 Cellblock | DATE OF INCIDENT 14 May 18 | TIME OF INCIDENT Approx. 1715 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT N4C-5 | | WITNESSES Major Coleman, Capt. Huey, M/Sgt. Horton, M/Sgt. Tell, Nurse Menere | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Unit Head
- ☐ Use of Body Camera or other RMD

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☒ Planned
  - ☒ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☒ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☒ Use of Body Camera or other RMD

\* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

SEE ATTACHED ADDENDUM PAGE.

REPORTING OFFICER
Matthew Elmore, Capt.

14 May 18
DATE COMPLETED

2101 hrs.
TIME COMPLETED

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Addendum page)**

**INSTITUTION: <u>DWCC</u>**

PAGE ___2___ of ___2___

| NAME<br>Larry Jones | NUMBER<br>371441 | DORM OR CELLBLOCK<br>N4 Cellblock | DATE OF INCIDENT<br>14 May 18 | TIME OF INCIDENT<br>Approx. 1715 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4C-5 | | WITNESSES<br>Major Coleman, Capt. Huey, M/Sgt. Horton, M/Sgt. Tell, Nurse Menere | | |

DESCRIPTION OF INCIDENT (CONTINUED)

On the above date and approximate time I, Capt. Elmore responded to radio traffic for the N4 Cellblock. Upon arrival, I was directed to C-Tier where I observed Major Coleman, Capt. Huey and M/Sgt. Horton standing in front of Offender Larry Jones #371441 cell (N4C-5). Offender Jones ceased racking his cell bars and stated, "I'm fixing to start a riot in this motherfucker! If you spray me you are gonna have to spray every motherfucker on the Tier!" Major Coleman gave Offender Jones a direct verbal order to cease his actions of yelling and racking his cell bars, but Offender Jones refused to comply. Major Coleman activated his body camera and advised Offender Jones that chemical agent would be used if he did not comply with his orders. Offender Jones refused to comply with Major Coleman's orders and continued yelling and cursing. At this time, Major Coleman administered a short burst of chemical agent to Offender Jones face and head area. After allowing the chemical agent to take effect, Major Coleman gave Offender Jones a direct verbal order to come to the bars to be restrained and he complied. Capt. Huey placed handcuffs on Offender Jones and Major Coleman ordered the cell door opened. Capt. Huey and I entered the cell and I placed leg irons on Offender Jones. While Offender Jones was exiting his cell to be escorted to the lobby he stated, "Let's get this shit started." At this time, other offenders began racking their cell bars. Major Coleman gave Offender Jones a direct verbal order to cease his actions and he complied. Major Coleman notified medical. Nurse Menere arrived and she offered Offender Jones an eye wash and he accepted. Offender Jones refused the offer to take a shower. While Offender Jones was in the lobby being seen by medical, his cell was cleaned and sanitized per policy. All contaminated items were placed in a red biohazard bag and sent to the laundry. Offender Jones was escorted back to his cell and given a clean paper gown. Offender Jones was offered a shower for the next two hours in which he kept refusing. Only the minimum amount of force. Major Coleman issued Offender Jones an RVR for Rule 29, Disturbance.

REPORTING OFFICER
Matthew Elmore, Capt.

14 May 18
DATE COMPLETED

2101 hrs.
TIME COMPLETED

DWCC 004845

06 June

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: DWCC**

| NAME<br>Larry Jones | NUMBER<br>371441 | DORM OR CELLBLOCK<br>N4 Cellblock | DATE OF INCIDENT<br>14 / May / 18 | TIME OF INCIDENT<br>Approx. 1715 hrs. |
|---|---|---|---|---|

| LOCATION OF INCIDENT<br>N4B-1, N4C-5, N4C-8, N4C-9, N4C-10, N4D-1 | WITNESSES<br>Colonel Nail, Major Coleman, Major Wallace, Capt. Huey, Capt. White,<br>Capt. Elmore, M/Sgt. Horton, Sgt. Joseph, Nurse Menere |
|---|---|

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Unit Head
- ☐ Use of Body Camera or other RMD

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☒ Planned
  - ☒ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☒ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☒ Use of Body Camera or other RMD

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, M/Sgt. Tell was assigned to the N4 keyroom, when Offender Larry Jones # 371441, began creating a loud disturbance by yelling and racking his cell bars. During this time, Offenders Jeremy Ricard #511078 (N4B-1), John Booth #623973 (N4C-7), Brock Jones #461849 (N4C-8), Alvin Ball #524942 (N4C-9), Joshua Martin #619851(N4C-10) and, Timothy Wells #613528 (N4D-1) began yelling and racking their cell bars. Due to the offender's actions, they created an unsafe environment and made it difficult for me to properly monitor the tiers by using the electronic listening devices. The offenders only complied after chemical agent was used.

*M/Sgt Brenda Tell*
REPORTING OFFICER
Brenda Tell, M/Sgt.

| 14 / May / 18<br>DATE COMPLETED | 1956 hrs.<br>TIME COMPLETED |
|---|---|

DWCC 004846

Form C-05-001-W-1
06 June 2017

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

### INSTITUTION: <u>DAVID WADE CORRECTIONAL CENTER</u>

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| JONES LARRY | 371441 | N4 C5 | 14MAY18 | 1648 |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| N4 CELL BLOCK | MAJ. COLEMAN CAPT HUEY M/SGT TELL ADUNSE MENGNE |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Unit Head
- ☐ Use of Body Camera or other RMD

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☑ Throwing of Substances
- ☑ Use of Force
  - ☐ Immediate
  - ☑ Planned
  - ☑ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☑ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☑ Use of Body Camera or other RMD

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

SEE ATTATCHED U.O.R.

| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |
|---|---|---|
| | 14 MAY 18 | 1805 |

DWCC 004847

Form 05-009 IR-2
06 June 2017

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Addendum page)**

**INSTITUTION: DWCC**

PAGE ___2___ of ___3___

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| JONES, CARRY | 371441 | N4 CS | 1st MAY 18 | 1648 |

ON THE ABOVE DATE AND TIME I M/SGT M. HORTON WAS INFORMED THAT OFFENDER JONES, CARRY #371441 N4-CS WHO IS CURRENTLY ON STANDARD SUICIDE WATCH HAD THE CAMERA IN HIS CELL COVERED. AT THIS TIME I GAVE OFFENDER JONES A DIRECT VERBAL ORDER TO UNCOVER THE CAMERA. OFFENDER JONES FLATLY REFUSED AND BEGAN TO KICK THE CELL DOOR BARS. I THEN ISSUED HIM ANOTHER ORDER TO UNCOVER THE CAMERA AND STOP KICKING THE CELL DOOR BARS. OFFENDER JONES FLATLY REFUSED ALL ORDERS STATING "FUCK YOU, CALL THE PEOPLE" I THEN NOTIFIED CAPT HUEY OF THE SITUATION. AT THIS TIME CAPT HUEY WAS NOTIFIED OF THE SITUATION. AT THIS TIME CAPT HUEY ARRIVED AND ISSUED OFFENDER JONES SEVERAL DIRECT ORDERS TO UNCOVER THE CAMERA AND STOP KICKING THE CELL DOOR BARS. OFFENDER JONES CONTINUED TO IGNORE ALL ORDERS. MAJ. COLEMAN WAS THEN NOTIFIED AND ARRIVED AT WHICH TIME HE ISSUED OFFENDER JONES ANOTHER SET OF VERBAL ORDERS TO UNCOVER THE CAMERA AND STOP KICKING THE CELL DOOR BARS. OFFENDER JONES FLATLY REFUSED TO COMPLY STATING "IM FIXING TO START A RIOT IN THIS MOTHERFUCKER! IF YOU SPRAY ME YOUR GONNA HAVE TO SPRAY EVERY MOTHER FUCKER ON THE TIER." OFFENDER JONES ONLY COMPLIED WHEN MAJ. COLEMAN ISSUED A TWO TO THREE SECOND BURST OF CHEMICAL AGENT. OFFENDER JONES WAS THEN REMOVED FROM THE CELL AND PLACED IN THE LOBBY AREA. NURSE MENGRE THEN ARRIVED AND PROVIDED OFFENDER JONES WITH EYE WASH. OFFENDER JONES WAS THEN OFFERED A SHOWER A SHOWER AND REFUSED. OFFENDER JONES CELL AND ALL CONTAMINATED ITEMS WERE THEN CLEANED AND SANITIZED WITH A SOAP AND WATER SOLUTION. AT THIS TIME ALL CONTAMINATED (CONTINUED)

| | | |
|---|---|---|
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |
| M/Sgt Michael Horton | 14 MAY 18 | 1905 |

Form C-018-v-2
06 June 2017

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
#### (Addendum page)

### INSTITUTION: DWCC

PAGE _____3_____ of _____3_____

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| JONES LARRY | 371441 | N4C5 | 14 MAY 18 | 1648 |

CLOTHING ITEMS WERE FORWARDED TO THE LAUNDRY. OFFENDER JONES WAS

THEN ESCORTED BACK TO HIS CELL WITHOUT FURTHER INCIDENT. AND

OFFERED A SHOWER FOR THE NEXT TWO HOURS WHICH HE REFUSED.

OFFENDER JONES IS CURRENTLY HOUSED IN N4C5 UNDER EXTENDED

LOCK DOWN STATUS CURRENTLY ON STANDARD SUICIDE WATCH.

THIS IS FOR YOUR INFORMATION.

REPORTING OFFICER

DATE COMPLETED: 14 MAY 18

TIME COMPLETED: 1965

DWCC 00554

EXT L/D

FORM B-05-001-A
20 August 2013

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: __**DAVID WADE CORRECTIONAL CENTER**__

| 1. Name of Offender<br>**Larry Jones** | 2. Number<br>**371441** | 3. Date of Incident<br>**14 May 18** | 4. Time of Incident<br>**Approx. 1715 hrs.** |
|---|---|---|---|
| 5. Place of Incident<br>**N4C-5** | 6. Job Assignment (Offender)<br>**U/A** | | 7. Housing Assignment (Offender)<br>**N4C-5L** |
| 8. Rule Violated<br>**Disturbance** | | 9. Rule Number<br>**#29** | |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time I, Major Coleman was notified by Capt. Huey that Offender Larry Jones #371441 who is currently on Standard Suicide Watch had covered the camera in his cell (N4C-5) and that he was refusing to cease his actions of yelling and racking his cell bars. Upon arriving at Offender Jones cell, he (Offender Jones) ceased his actions of racking his cell bars and stated, "I'm fixing to start a riot in this motherfucker!" If you spray me you are gonna have to spray every motherfucker on the Tier!" I gave Offender Jones a direct verbal order to cease his actions of yelling and cursing. Offender Jones refused to comply. Offender Jones actions created an unsafe environment and made it difficult for the Tiers to be properly monitored by using the electronic monitoring devices. Due to the immediate need to restore order, and gain compliance, I had to administer a short burst of chemical agent to Offender Jones before he complied with my orders. (See Attached UOR'S)

| 11. Offender Placed in Administrative Segregation ☐ Yes ☒ No | |
|---|---|
| 12. Signature of Reporting Employee<br>*Vincent Coleman* | 13. Name, Title, Assignment (Print)<br>**Vincent Coleman, Major (Wade 19)** |
| 14. Date of Report<br>**14 May 18** | 15. Time of Report<br>**1944 hrs.** | 16. Report (copy) given to above offender by: *Lt. Kidd* *15 May 2018 @ 0907* | 17. Offender's Signature<br>*Refuse to Sign* |
| 18. Plea by Offender:  ☐ Not Guilty  ☐ Guilty | 19. Verdict:  ☐ Not Guilty  ☐ Guilty |
| 20. Date of Hearing: | 21. Counsel Substitute:<br><br>DOC #: |

22. Disciplinary Court Motions: Refer to Form B-05-001-B.

23. Reasons For Disposition:
☐ Report is clear and precise.   ☐ Lack of credible defense/little or no defense.   ☐ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's.   ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.   ☐ The offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.   ☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☐ Seriousness of offense   ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since: _____.

A total of _____ # _____ rule violations since_____.

☐ Other: _____

| 25. Sentence: ☐ Suspended ☐ Imposed _____ Days | 26. Sentence: ☐ Suspended ☐ Imposed _____ Days |
|---|---|
| | |

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

_____        _____
CHAIRMAN (DISCIPLINARY OFFICER)                    MEMBER

DWCC 282

# David Wade Correctional Center
## <u>Review of Use of Force</u>

**Source of Information:**   U.O.R.   <u>XXXX</u>      **Allegation from Offender:** _____

Other (Specify):

**Statement of Review:**

I have reviewed the Use of Force / Alternate Restraints / Chemical Agent concerning offender John Booth #623973, which occurred in the N-3 Housing Unit at approximately 1252 hrs on 08 Apr., 2017.

**Conclusion:**

After a review of the incident, only the force necessary was used to bring the situation under control, within the realm of E.P.M. 02-01-005, Use of Force.

**Recommended Action:**

None.

**Lonnie Nail, Corr. Colonel**
**South Compound Unit Manager**
**David Wade Correctional Center**

<u>Apr. 10, 2017</u>

**Date**

xc:          File Records

DWCC 003265

Form C-05-001-W-1
04 November 2016

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: **DAVID WADE CORRECTIONAL CENTER**

| NAME Jason Jackson John Booth | NUMBER 452577 623973 | DORM OR CELLBLOCK N3C 7 | DATE OF INCIDENT 8 April 17 | TIME OF INCIDENT approx 1252 |
|---|---|---|---|---|
| LOCATION OF INCIDENT N3 C tier | | WITNESSES Sgt. Warren, Capt. White, and Nurse Phillips | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Unit Head
- ☐ Use of Body Camera

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☒ Immediate
  - ☐ Planned
  - ☒ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☒ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☒ Staff on Offender
- ☐ Individual Hunger Strike
- ☐ Use of Body Camera

\* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

See Attached addendum

| REPORTING OFFICER Capt. Jeremy Wallace RW | DATE COMPLETED 8 April 17 | TIME COMPLETED 1750 |
|---|---|---|

DWCC 003266

Form C-05-001-W-2
'01 January 2009

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Addendum page)

INSTITUTION: <u>DWCC</u>

PAGE _____ 2 _____ of _____ 5 _____

| NAME Jason Jackson John Booth | NUMBER 452577 623973 | DORM OR CELLBLOCK N3C-7 | DATE OF INCIDENT 8 April 17 | TIME OF INCIDENT approx 1252 |
|---|---|---|---|---|

On the above date and approximate time, I, Capt. Jeremy Wallace, was notified that an offender in N3 was requesting to be placed on suicide watch. When I arrived in N3 I was informed that offender John Booth 623973 had tied his jumpsuit around his neck. I went to tier cell #7 which housed offender John Booth 623973 and Jason Jackson 45277. Offender Jackson was sitting on his bed, bottom bunk, and offender Booth was kneeling by the cell door with his jumpsuit tied around his neck and also tied around the cell bars stating "I want to kill myself" repeatedly. I gave offender Booth several direct verbal orders to come to the cell bars, to be restrained. Offender Booth refused to comply and continued his actions. Offender Booth was informed if she did not cease his actions chemical agent would be used. Offender Booth refused to comply. Due to the serious nature of his actions and in an attempt to prevent offender Booth from harming himself or further harming himself, I administered a

Capt. Jeremy Wallace
REPORTING OFFICER

8 April 17
DATE COMPLETED

DWCC 003267
1350
TIME COMPLETED

Form CS-03.03.v.2
01 January 2009

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
#### (Addendum page)

INSTITUTION: <u>DWCC</u>

PAGE ___3___ of ___5___

| NAME Jason Jackson John Booth | NUMBER 452577 623973 | DORM OR CELLBLOCK N3C-7 | DATE OF INCIDENT 8 April 17 | TIME OF INCIDENT approx 1252 |
|---|---|---|---|---|

short burst of chemical agent toward the head and shoulder area of offender Booth. Offender Booth quickly untied his jumpsuit from the cell bars and from his neck. Offender Booth then went to the back of the cell. Offender Booth nealed down on the floor by the bottom bunk. I gave offender Booth several more direct verbal orders to come to the bars to be restrained. Offender Booth still refused to comply. I was then retrieved a second can of chemical agent from Capt. Whire. I was not able to see offender Booth's hands or facial area. I gave offender Booth a direct verbal order to come to the cell bars to be restrained or chemical agent would be used. Offender Booth still refused to comply. I then sprayed a second short burst of chemical agent toward the head and shoulder area of offender Booth. After offender Booth was given several direct verbal orders to come to the cell bars to be restrained he complied. I placed

| _Capt. Jeremy Wallace_ Dm | _8 April 17_ | DWCC 003263 |
|---|---|---|
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |

Form C-05-001-W-2
01 January 2009

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Addendum page)

INSTITUTION: <u>DWCC</u>

PAGE _____4_____ of ___5___

| NAME Jason Jackson John Booth | NUMBER 452577 623973 | DORM OR CELLBLOCK N3C-7 | DATE OF INCIDENT 8 April 17 | TIME OF INCIDENT approx 1252 |
|---|---|---|---|---|

handcuffs on offender Booth and offender Jackson. The cell door was opened and Capt. White placed legirons on offender Jackson and I placed legirons on offender Booth. Both offenders were escorted to the lobby area of N3. Nurse Phillips was notified. Nurse Phillips arrived and offered medical treatment which both offenders accepted. Both offenders were offered a shower and they refused. N3C7 was cleaned and sanitized. Offender Jackson was returned to his cell. Offender Booth was placed in D-1 and issued a paper gown due to his actions. All clothing and linen were sent to laundry to be washed. At 1403 Nurse Phillips received order for offender Booth to be placed on Extreme Suicide Watch per mental health staff. At 1430 offender Booth was placed in alternative restraint. Major Malcolm was notified of the incident. Lt.Col. Major, Duty officer, was notified. The video camera was not utilized due to the immediate need to gain control

Capt. Jeremy Wallace                8 April 17              DWCC 063369
REPORTING OFFICER                   DATE COMPLETED         TIME COMPLETED

Form C-05-003-A
01 January 2009

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Addendum page)**

INSTITUTION: <u>DWCC</u>

PAGE _____ 5 ____ of ___ 5 ____

| NAME Jason Jackson John Booth | NUMBER 452577 623973 | DORM OR CELLBLOCK N3L7 | DATE OF INCIDENT 8 Apr 117 | TIME OF INCIDENT appor 1252 |
|---|---|---|---|---|

of the situation and to prevent any harm to offender Booth from harming himself or further harming himself. Both offenders were offered a shower every 30 min for 2 hours and Both offenders Jackson and offender Booth refused. Steve Hayden of the Mental Health staff gave the order for offender Booth to be placed on ESW and Dr. Fuller gave his concurrence. This is for your information. Only the amount of force necessary was used to gain compliance.

REPORTING OFFICER Capt. Jeremy Wallan

DATE COMPLETED 8 Apr 117

TIME COMPLETED 1350

DWCC 003270

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

## INSTITUTION:  DWCC

| NAME<br>John Booth<br>Jason Jackson | NUMBER<br>623973<br>452577 | DORM OR CELLBLOCK<br>N3C-7 | DATE OF INCIDENT<br>8 Apr. 17 | TIME OF INCIDENT<br>Approx. 1252 hrs |
|---|---|---|---|---|

| LOCATION OF INCIDENT<br>N3C Tier | WITNESSES<br>Sgt. Warren, Capt. Wallace, and Nurse Phillips |
|---|---|

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured in Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Unit Head
- [ ] Use of Body Camera

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [x] Immediate
  - [ ] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [x] Staff on Offender
- [ ] Individual Hunger Strike
- [ ] Use of Body Camera

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time I Capt. White arrived in N3 while re-housing offenders when I was informed by Capt. Wallace that he had administered chemical agents to offender John Booth #623973 and he needed me to retrieve restraints from the Keyroom. At this time I Capt. White retrieved the restraints and went down N3C tier to assist with removing offenders from the cell. At this time I Capt. White placed leg iron on offender Jason Jackson #452577 and escorted him to the lobby of N3. At this time I resumed my duties. Major Malcolm was notified.

REPORTING OFFICER
Johnny White, C/Captain

8-April-2017
DATE COMPLETED

1744 hrs
TIME COMPLETED

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
#### (Category A, B, C Incidents)

*Jason Jackson Da # 453577*

**INSTITUTION:** DWCC

7

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| *Booth, John* | *623973* | *N3-Cell-7* | *08-April-2017* | *Approx. 1252* |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| *N3 C-17* | *Capt Wallace and Lest White & Nuse phillips* |

TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured in Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other – Determined by Unit Head
- [ ] Use of Body Camera

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [x] Immediate
  - [ ] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [x] Staff on Offender
- [ ] Individual Hunger Strike
- [ ] Use of Body Camera

* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

*On the above date and approximate time while sitting in the Lobby of N3 I Sgt Warren hurd a big Comation on the tier of N3c. I Sgt Warren got up and made a Round down N3 c tier. I Sgt Warren observed offender John Booth # 623973. With his Jump suit tied around his Kackk saying he was cuididal and was going to kill hisself. I sgt Warren then gave offender Both a Verbal order to take the Jump suite from around his Kackt he did not comply I Sgt Warren then gave*

| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |
|---|---|---|
| *Sgt R Denmark Warren* | *08-April 2017* | *Approx 1414* |

DWCC 003272

Form C-05-001-W-2
01 January 2009

## UNUSUAL OCCURRENCE REPORT ADDENDUM

Page 2

Jason, Jackson Doc# 452577

| NAME | NUMBER | DORM OR CELL BLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|--------------------|--------------------|--------------------|
| Booth John | 623973 | N3 C-7 | 08-April-2017 | Approx 1252 |

offender Booth a second direct Verbal order to untie and take the Jump suite from around his Back He did not Comply. I sgt Warren Notified Captain Wallace of the offender. Capt Wallace came on the tier of N3 C-7 and gave offender Booth several Verbal orders to untie the Jumpsuite he did not Comply. Capt Wallace then admenstered a small amount of Chemical agent onto offenders Booth shoulder areas offender Booth then Ran to the Back of the Cell and Refused to be Restrained. Capt Wallace gave offender Booth verbal orders to Come be Restrained he did not Comply. Capt Wallace then admenstered a second small amount of Chemical agent to the top shoulder areas Offender Booth then complied offender Booth was placed into the Lobby where he was seen by medical and offender Booth Cell mate Jason Jackson #452577 was placed into Lobby seen By medical Staff. Both offenders accepted Eye wash But Refused shower a Cell Block orderly was called offender Jackson was placed Back into his Cell after being cleaned and sanitized. offender Booth was placed into a numary cell on N3 A tier cell (1). Both offenders will be offered a shower every 30 min for (2) hours.

Sgt Q Warren Warren
**REPORTING OFFICER**

08-April-2017
**DATE COMPLETED**

Approx 1414
**TIME COMPLETED**

(EMP #03-02-008)                    (Revised Jan. 03)

## MENTAL HEALTH MANAGEMENT ORDER

NAME: _Booth John_    DOC# _623975_ LOCATION: _1U3_

BEGIN _4/8/17 1403_    CIRCLE:    STANDARD/EXTREME (EXTREME circled)

DISCONTINUE_____

CONTINUE_____    OTHER_____

CHANGE TO_____

MANAGEMENT INSTRUCTION: _ESW c̄ Alternative Restraints_

HOUSING: _Camera Cell_    ABLE TO BE DOUBLED?   YES/NO (NO circled)

PROPERTY: _paper gown no strings/no mattress_

OBSERVATION FREQUENCY: _q 15 min and a Random_

OTHER: _____

DATE/TIME EXAMINED: _4/8/17 1315_    BY: _C Phillips pn_

DATE/TIME OF ORDER: _4/8/17 1403_

ORDERED BY: _Steven Hayden/Dr Hall_ TITLE: _MH / MD_

Note: If extreme mental health management is ordered, a physician's signature is required.

VERBAL ORDER RECEIVED BY: _C Phillips pn_    DATE/TIME: _4/8/17 1403_

Note: Any change requires a new Mental Health Management Order

Copies: Medical Chart (original)
        Security
        Mental Health

DWCC Form #434C (HC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: John, Booth          DOC#: 623973     Date: 08 / April / 801

CIRCLE ONE:     EXTREME / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc.) | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | Officer's Signature Sgt D. Worren |
|---|---|---|---|---|---|---|---|---|---|
| 1250 | Made Rounds offender Booth claiming suicidal | | | | | | | | Sgt D. Worren |
| 1250 | offender Booth tide Jump suite around his Neck saying was suicidal. | | | | | | | | Sgt D. Worren |
| 1252 | Cept White on Wallace in unit gave offender Verbal orders to untie his Neck offender did not comply. | | | | | | | | Sgt D. Worren |
| 1252 | Cept White on Wallace Administed a small amount of Chemical agent offender Booth Ran to Back of Cell. | | | | | | | | Sgt D. Worren |
| 1253 | offender Booth came Refused to her Ro stand after Given a direct Verbal orders. Cept Wallace then administered another small amount of Chemical agent to offender Booth he then complyed.. | | | | | | | | Sgt D. Worren |
| 1301 | offender Booth Was placed into the Lobby. offender Booth Was seen By medical he Refused to shower and he accepted Eye Wash. | | | | | | | | Sgt D. Worren |
| 1335 | offender Booth was placed into a Gown and Placed on N3 P-1 camera cell per Cept Wallace | | | | | | | | Sgt D. Worren |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original:  Mental Health
Copies:    Security

DWCC 003275

DWCC Form #434C (HC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: _Booth, John_    DOC#: _623973_    Date: _08_ / _April_ / _1201_

CIRCLE ONE:    (EXTREME)  STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc… (please write in any other activity deemed necessary | Officer's Signature |
|------|------|------|------|------|------|------|------|------|------|
| 1350 | Standing at sink | | | | | | | | /s/ D Warren |
| 1405 | Standing at sink | | | | | | | | /s/ D Warren |
| 1420 | Sitting on Bunk | | | | | | | | /s/ D Warren |
| 1430 | Standing at Bars / offender Booth was placed in (ESW) on alternative Restraints | | | | | | | | /s/ D Warren |
| 1445 | Standing at Bars | | | | | | | | /s/ D Warren |
| 1500 | Standing at Bars | | | | | | | | /s/ D Warren |
| 1515 | Standing at Bars | | | | | | | | /s/ D Warren |
| 1520 | Standing at Bars | | | | | | | | /s/ D Warren |
| 1530 | Standing at Bars | | | | | | | | /s/ D Warren |
| 1545 | Standing at Bars | | | | | | | | /s/ D Warren |
| 1600 | Standing at Bars | | | | | | | | /s/ D Warren |
| 1615 | Nurse phillips in Block pulse Check | | | | | | | | /s/ D Warren |
| 1616 | Relieved by Lt Jones passed on all herbal | | | | | | | | /s/ D Warren |
| 1626 | Offender Standing @ Bars / Continue | | | | | | | | Orlando Jones |
| | Relieved by Sgt Morris | | | | | | | | Orlando Jones |
| 1636 | Stands @ Bars | | | | | | | | Orlando Jones |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _100_ Time: _1600_ / Time of Shower: _____

DWCC 003276

Original:   Mental Health
Copies:   Security

DWCC Form #434C (HC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: _Booth John_   DOC#: _623923_   Date: _8, Apr 201_

CIRCLE ONE: (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 1650 | | Sitt down on bed | | | | | | | Order face |
| 1700 | | Study @ Bars | | | | | | | Order face |
| 1710 | | Study @ Bars | | | | | | | Order face |
| 1725 | | Study on Bars | | | | | | | Order face |
| 1735 | | Study @ Bars | | | | | | | Order face |
| 1745 | | Study Bars | | | | | | | Order face |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original:   Mental Health
Copies:     Security

DWCC 003277

Form C-05-001-W-1
15 July 2011

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)
### INSTITUTION:  DWCC

| NAME John Booth | NUMBER 623975 | DORM OR CELLBLOCK N3 | DATE OF INCIDENT 08 / April / 17 | TIME OF INCIDENT Approx. 2000  hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT N3D-1 | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Unit Head

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☒ Planned
  - ☐ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☒ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, Offender John Booth #623975 was removed from Alternative Restraints and downgraded from Extreme Suicide Watch at 2000, per Steve Hayden (Mental Health Staff Member). Offender Booth remains on standard suicide watch.

_Alma Burns, C/Capt._

REPORTING OFFICER
Alma Burns, Capt. (Wade 22)

| 09 / April / 17 | 0320 hrs. |
|---|---|
| DATE COMPLETED | TIME COMPLETED |

DWCC 003278

DWCC Form #434C (HC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: John Booth     DOC#: 623973     Date: 8 / Apr / 1

CIRCLE ONE:   (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | Nathaniel Gillentine Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 1755 | | Sleep @ Bars | | | | | | | Gillentine |
| 1800 | | Relievin By Sgt. Gillentine paid on | | | | | | | Gillentine |
| | the Extreme watch of Offender John | | | | | | | | Gillentine |
| | Booth | | | | | | | | |
| 1810 | Standing at bars | | | | | | | | 6/Sgt. Gillt |
| 1820 | Nurse conn checked restraints. | | | | | | | | 6/Sgt. Gillt |
| 1832 | standing at bars | | | | | | | | 6/Sgt. Gillt |
| 1845 | standing at bars | | | | | | | | 6/Sgt. Gillt |
| 1855 | Standing at bars | | | | | | | | 6/Sgt. Gillt |
| 1905 | Standing at bars | | | | | | | | 6/Sgt. Gillt |
| 1920 | standing at bars | | | | | | | | 6/Sgt. Gillt |
| 1932 | standing at bars | | | | | | | | 6/Sgt. Gillt |
| 1947 | standing at bars | | | | | | | | 6/Sgt. Gillt |
| 2000 | Down guarded from ESW to SSW per | | | | | | | | 6/Sgt. Gillt |
| | Steve Hayden Mental Health | | | | | | | | 6/Sgt. Gillt |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower:

DWCC 003279

DWCC Form #434B (HC-38 Form B) (Revised Jan. 03)
(EMP #03-02-008)

# MENTAL HEALTH MANAGEMENT ORDER

NAME: _Booth John_ DOC# _623975_ LOCATION: _N 3_

BEGIN _____ ✓ _____

CIRCLE: (STANDARD)/EXTREME

DISCONTINUE _____

OTHER _____

CONTINUE _____

CHANGE TO _____

MANAGEMENT INSTRUCTION: _S SW_ _____

_____

HOUSING: _Camera Cell_ _____ ABLE TO BE DOUBLED? YES/(NO)

PROPERTY: _Paper gown, no strings / no mattress_

_____

OBSERVATION FREQUENCY: _q 15 min & Random_

OTHER: _____

_____

DATE/TIME EXAMINED: _4/8/17 2000_ BY: _SConn Lpn_

DATE/TIME OF ORDER: _4/8/17 2000_

ORDERED BY: _Steve Hayden_ TITLE: _MH_

Note: If extreme mental health management is ordered, a physician's signature is required.

VERBAL ORDER RECEIVED BY: _SConn Lpn_ DATE/TIME: _4/8/17 2000_

Note: Any change requires a new Mental Health Management Order

Copies: Medical Chart (orginal)
      Security
      Mental Health

DWCC 003280

FORM B-05-001-A
20 August 2013

EXT L/D

*Rm*

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: __DAVID WADE CORRECTIONAL CENTER__

| 1. Name of Offender **John Booth** | 2. Number **623973** | 3. Date of Incident **8 Apr. 2017** | 4. Time of Incident **Approx. 1254 hrs** |
|---|---|---|---|
| 5. Place of Incident **N3C Tier** | 6. Job Assignment (Offender) **U/A** | | 7. Housing Assignment (Offender) **N3C-7** |
| 8. Rule Violated **Aggravated Disobedience** | | 9. Rule Number **#5** | |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force". Use other side, if necessary.

On the above date and approximate time I Capt. Wallace gave offender John Booth #623973 a direct verbal order to come to the bars and be restrained. Offender Booth refused my order. I then gave offender Booth several more orders to come to the bars to be restrained and he refused all my orders. I then informed offender Booth that if he did not come to the bars that chemical agents would be used, offender Booth still refused my orders. I Capt. Wallace administered a short burst of chemical agents to the head and face area of offender Booth. After giving the chemical agents time to take affect offender Booth was restrained and escorted to the lobby area of N3 where he was seen my medical. Major Malcolm was notified. See attached UOR.

11. Offender Placed in Administrative Segregation  ☐ Yes  ☒ No

| 12. Signature of Reporting Employee *[signature]* | 13. Name, Title, Assignment (Print) **Jeremy Wallace, Capt. (Wade-22)** |
|---|---|
| 14. Date of Report **08 Apr. 2017** | 15. Time of Report **1804 hrs** | 16. Report (copy) given to above offender by: *9 April 1527 Capt Huey* | 17. Offender's Signature *Refused* |

| 18. Plea by Offender:  ☐ Not Guilty  ☐ Guilty | 19. Verdict:  ☐ Not Guilty  ☐ Guilty |
|---|---|
| 20. Date of Hearing: | 21. Counsel Substitute: DOC #: |

22. Disciplinary Court Motions: Refer to Form B-05-001-B.

23. Reasons For Disposition:
☐ Report is clear and precise.   ☐ Lack of credible defense/little or no defense.   ☐ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's.   ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.   ☐ The offender presented no evidence to refute the charges.
☐ The investigative officer's testimony was deemed more truthful and accurate than the offender's.   ☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☐ Seriousness of offense   ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since: _____.

      A total of _____ # _____ rule violations since _____.

☐ Other: _____

| 25. Sentence:  ☐ Suspended  ☐ Imposed _____ Days | 26. Sentence:  ☐ Suspended  ☐ Imposed _____ Days |
|---|---|

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

CHAIRMAN (DISCIPLINARY OFFICER) _____   MEMBER _____

DWCC 282

# David Wade Correctional Center
## Review of Use of Force

**Source of Information:**   U.O.R.  <u>XXXX</u>   **Allegation from Offender:** _____

Other (Specify):

**Statement of Review:**

I have reviewed the Use of Force / Alternate Restraints / Chemcial Agent concerning offender Damian Clark #599624, which occurred in the N-4 Housing Unit at approximately 2157 hrs on June 06, 2017.

**Conclusion:**

After a review of the incident, only the force necessary was used to bring the situation under control, within the realm of E.P.M. 02-01-005, Use of Force.

**Recommended Action:**

None.

_____              <u>June 07, 2017</u>
Lonnie Nail, Corr. Colonel
**South Compound Unit Manager**              **Date**
**David Wade Correctional Center**

xc:          File Records

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

### INSTITUTION: __DWCC__

| NAME Damian Clark | NUMBER 599624 | DORM OR CELLBLOCK N4 Cellblock | DATE OF INCIDENT 06 / Jun / 17 | TIME OF INCIDENT Approx. 2157 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT N4C-4 | | WITNESSES Capt. Long, Sgt. Walton, M/Sgt. Harris, Nurse Conn | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Unit Head
- ☐ Use of Body Camera

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☒ Immediate
  - ☒ Planned
  - ☒ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☒ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☐ Use of Body Camera

\* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

SEE ATTACHED ADDENDUM PAGE.

| REPORTING OFFICER Bruce Young, Major (Wade 19) D Team Shift Supervisor | 07 / Jun / 17 DATE COMPLETED | 0440 hrs. TIME COMPLETED |
|---|---|---|

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Addendum page)

### INSTITUTION: <u>DWCC</u>

PAGE ___2___ of ___2___

| NAME<br>Damian Clark | NUMBER<br>599624 | DORM OR CELLBLOCK<br>N4 Cellblock | DATE OF INCIDENT<br>06 / Jun / 17 | TIME OF INCIDENT<br>Approx. 2157 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4C-4 | | WITNESSES<br>Capt. Long, Sgt. Walton, M/Sgt. Harris, Nurse Conn | | |

| DESCRIPTION OF INCIDENT (CONTINUED) |
|---|

On the above date and approximate time I, Major Young (Wade 19) was notified by Capt. Long (Wade 22) that Offender Damian Clark #599624, called him to his cell (N4C-4) in which he observed that Offender Clark had a superficial cut on his left wrist and he had blood smeared on him and the cell wall. Nurse Conn arrived and treated the offender. She notified Steve Hayden of Mental Health. Mr. Hayden with concurrence from Dr. Hearn ordered Offender Clark to be placed on Extreme Suicide Watch in alternative restraints. Capt. Long further stated after entering Offender Clark's cell, he noticed that Offender Clark had wrote on the front of his cell wall in blood with the words: Stop playing with me, Time is near, Die 666, Hell, Lucifer, Satan, etc. I took pictures. Offender Clark cell was shook down and a broken toothbrush was found that he admitted to me that he used to cut himself. Offender Clark being placed in alternative restraints was video recorded and the tension was checked by Nurse Conn. I was later informed by Capt. Long that while he was monitoring Offender Clark from the key room via monitor, he clearly observed Offender Clark run into the cell bars with his head. I immediately proceeded to N4 cellblock. Clark was escorted to the lobby. I ordered him to kneel, face the wall, and keep the noise down. I then began to question offender Clark about his actions. He became argumentative, and stated to me don't tell me what to do I'll spit in your face. Offender Clark then turned suddenly from the wall towards me. I then administered a short burst of chemical agent to his facial area. Once the chemical agent to effect offender Clark then became compliant to all orders. Clark was seen and treated by medical Nurse Conn. He also received an eye wash and a shower. His cell was decontaminated. At the completion of his shower he was escorted to his cell and place in the pro-violent offender restraint chair for security reasons. The initial placement was video recorded. Nurse Conn checked the tension of the restraints. The incident was video recorded. The lobby area was cleaned and sanitized. All contaminated items were placed in a red biohazard bag and sent to the laundry for further handling. I Major Young issued Offender Clark a RVR for violation of Rule 5, Aggravated Disobedience. Warden Goodwin was notified.

| REPORTING OFFICER<br>Bruce Young, Major (Wade 19)<br>D Team Shift Supervisor | 07 / Jun / 17<br>DATE COMPLETED | 0440 hrs.<br>TIME COMPLETED |
|---|---|---|



# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

### INSTITUTION: __DWCC__

| NAME Damian Clark | NUMBER 599624 | DORM OR CELLBLOCK N4 Cellblock | DATE OF INCIDENT 06 / Jun / 17 | TIME OF INCIDENT Approx. 2157 hrs. |
|---|---|---|---|---|

| LOCATION OF INCIDENT N4C-4 | WITNESSES Major Young, Sgt. Walton, M/Sgt. Harris, Nurse Conn |
|---|---|

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Unit Head
- [ ] Use of Body Camera

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [x] Immediate
  - [ ] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike
- [ ] Use of Body Camera

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

SEE ATTACHED ADDENDUM PAGE.

REPORTING OFFICER
Rodney Long, Capt.

07 / Jun / 17
DATE COMPLETED

0302 hrs.
TIME COMPLETED

DWCC 003319



# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Addendum page)

## INSTITUTION: DWCC

### PAGE ___2___ of ___2___

| NAME<br>Damian Clark | NUMBER<br>599624 | DORM OR CELLBLOCK<br>N4 Cellblock | DATE OF INCIDENT<br>06 / Jun / 17 | TIME OF INCIDENT<br>Approx. 2157 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4C-4 | | WITNESSES<br>Major Young, Sgt. Walton, M/Sgt. Harris, Nurse Conn | | |

### DESCRIPTION OF INCIDENT (CONTINUED)

On the above date and approximate time I, Capt. Long and Sgt. Walton were on N4 C-Tier, when Offender Damian Clark #599624, called Sgt. Walton to his cell (N4C-4). After Sgt. Walton arrived at Offender Clark's cell, he immediately called me to come to the cell. At this time, I observed that Offender Clark had a superficial cut on his left wrist and he had blood smeared on him and the cell wall. I notified medical and I gave Offender Clark a direct verbal order to come to the bars to be restrained and he complied. I placed handcuffs on Offender Clark. Once in Offender Clark's cell, I noticed that he wrote on the front of his cell wall in blood with the words: Stop playing with me, Time is near, Die 666, Hell, Lucifer, Satan, etc. Offender Clark was then escorted to the lobby. Nurse Conn arrived and treated Offender Clark for his injuries. During this time, Offender Clark expressed that he was feeling suicidal. Nurse Conn notified Steve Hayden of Mental Health. Mr. Hayden with concurrence from Dr. Hearn ordered Offender Clark to be placed on Extreme Suicide Watch. I notified Major Young of the situation. Offender Clark was then escorted back to his assigned cell and placed in alternative restraints which was video recorded. Nurse Conn checked the tension. While I was monitoring Offender Clark in his cell via monitor in N4 Keyroom, Sgt. Walton was making rounds on the Tier when Offender Clark ran into the cell bars with his head. I immediately exited the Keyroom and proceeded to Offender Clark's cell. Since offender Clark was in alternative restraints, I gave him a direct verbal order to go to his knees in the cell. He complied. The cell door was opened and Sgt. Walton and I escorted him to the lobby. I notified medical and Major Young. Shortly thereafter, Major Young arrived in the Unit and he ordered Offender Clark to kneel down, face the wall, and keep the noise down in which he complied. Major Young then began questioning Offender Clark concerning his behavior. While Major Young was questioning Offender Clark, he became argumentative stating, "Don't tell me what to do, I'll spit in your face. Offender Clark then turned and made an aggressive move towards Major Young. Major Young immediately administered a short burst of chemical agent to the face and head area of Offender Clark. After allowing the chemical agent adequate time to take effect, Nurse Conn provided Offender Clark with an eye wash and treated his injuries. Offender Clark was offered a shower and he accepted. While Offender Clark was taking a shower, his cell was cleaned and sanitized with a bleach and water solution per policy. The lobby was also cleaned and sanitized. All contaminated items were placed in a red biohazard bag and forwarded to the laundry for further handling. After showering, Offender Clark was escorted back to his cell and placed in the restraint chair. The initial placement of Offender Clark in the restraint chair was video recorded. Nurse Conn checked for proper tension. Offender Clark's cell was searched and a broken toothbrush was found which he used to cut himself. Major Young took pictures of the wall and the toothbrush. Major Young issued Offender Clark a RVR for violation of Rule 5, Aggravated Disobedience.

| REPORTING OFFICER<br>Rodney Long, Capt. | 07 / Jun / 17<br>DATE COMPLETED | 0302 hrs.<br>TIME COMPLETED |
|---|---|---|



## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
#### (Category A, B, C Incidents)

## INSTITUTION: <u>DAVID WADE CORRECTIONAL CENTER</u>

| NAME Damian Clark | NUMBER 599624 | DORM OR CELLBLOCK N4 cell block | DATE OF INCIDENT 06-Jun-2017 | TIME OF INCIDENT Approx. 2157 |
|---|---|---|---|---|
| **LOCATION OF INCIDENT** N4 C-4 | | **WITNESSES** Major Young, Capt. Long, M/Sgt Harris, Nurse Conn | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Unit Head
- [ ] Use of Body Camera

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [x] Immediate
  - [ ] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike
- [ ] Use of Body Camera

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

<u>Sgt Tumeria Weldon</u>
**REPORTING OFFICER**

07-Jun-2017
**DATE COMPLETED**

0800
**TIME COMPLETED**

DWCC 003321

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Addendum page)

INSTITUTION: DWCC

PAGE _____ 2 _____ of _____ 3 _____

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Damion Clark | 599624 | N4 cell block | 06-Jun-2017 | Approx 2157 |

On the above date and approximate time I, Sgt Welton along with Cpt Long were on N4 c-Tier, when offender Damian Clark #599624, called me to the cell. I observed multiple cuts on his wrist, I immediately called Cpt. Long to the cell. Cpt. Long notified medical and offender clark was given a direct verbal order to come to the bars to be restraints and he complied. offender Clark was placed in a full set of restraints and while in the cell me and Cpt. Long noticed that offender clark had wrote on the front of his cell wall in blood; stop playing with me, Time is near, Die 666, Hell, Lucifer, Satan, etc. offender clark was then escorted to the lobby, where he was seen and treated by Nurse conn. While in the lobby, offender clark stated that he was feeling suicidal. Nurse conn then notified mental Health who ordered offender clark to be placed on Extreme Suicide Watch. offender clark was then escorted back to his assigned cell and placed on alternative restraints which was video recorded. Minutes later while making rounds on c-Tier I clearly saw offender clark run into his cell bars head first. Cpt Long was notified and immediately approached the tier. offender clark was then giving a verbal order by Cpt Long to come to the bars to

Sgt. Tymarion Welton
REPORTING OFFICER

07-Jun-2017
DATE COMPLETED

0600
TIME COMPLETED

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Addendum page)

INSTITUTION: DWCC

PAGE ___3___ of ___3___

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Damion, Clark | 599624 | N4 Cell block | 06-Jun-2017 | Approx. 2157 |

be restrained and he complied. Offender clark was then restrained and escorted back in the lobby. Medical and Major Young was Notified by Capt Long. When Major Young arrived in unit he gave offender clark a direct verbal order to Kneel down, face the wall, and Keep the noise down in which he complied. While being questioned by Major Young Offender clark, he became argumentative stating, "Don't tell me what to do," I'll spit in your face. Offender clark then turned and made an aggressive move towards Major Young and Major Young immediately administered a short burst of chemical agents to the face and head area of offender clark. After allowing chemical agents to take affect offender clark was treated by Nurse conn. Nurse conn provided offender clark with an eye wash and treated the injuries. Offender clark was offered a shower which he accepted. While in the shower offender clark's cell was cleaned and sanitized per policy and all items were placed in a biohazard bag. Offender clark was then placed in a restraint chair and video recorded. The restraints were checked by Nurse conn. Offenders clark cell was searched and a broken tooth brush was found which he used to cut himself. Pictures were took by Major Young of the wall and tooth brush.

REPORTING OFFICER                    DATE COMPLETED  7-Jun-2017       TIME COMPLETED  0600

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

## INSTITUTION: DAVID WADE CORRECTIONAL CENTER

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| *(handwritten)* | *(handwritten)* N4 | | 6 Jun 17 | 2157 |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| N4 Lobby *(handwritten)* | *(handwritten)* |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other – Determined by Unit Head
- [ ] Use of Body Camera

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [x] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike
- [ ] Use of Body Camera

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date & approx time
I M/Sgt Harris N4 Keyroom

| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |
|---|---|---|
| M/Sgt Harris | 7 Jun 17 | 0510 |

DWCC 003324

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Addendum page)

INSTITUTION: __DWCC__

PAGE _____ of _____

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Damian Clark | 599624 | N4 | 16 Jun 17 | 2137 |

Officer could not monitor the
listening device properly for
the safety of staff + offenders
due to Offender Damian Clark
#599624 causing a loud disturbance
in the lobby. Offender actions
didn't cease until Chemical
Agent were used by May Young.
Then I could properly monitor
the listening device.

REPORTING OFFICER: M Lect Harris

DATE COMPLETED: 7 Jun 17

TIME COMPLETED: 0510

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Category A, B, C Incidents)

**INSTITUTION:  DWCC**

| NAME<br>Damian Clark | NUMBER<br>599624 | DORM OR CELLBLOCK<br>N4 Cellblock | DATE OF INCIDENT<br>7 / Jun / 17 | TIME OF INCIDENT<br>Approx. 0556 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4C-14 | | WITNESSES | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Unit Head

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☒ Planned
  - ☐ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☒ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike

\* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, as D Team's shift concludes, Offender Carlton Damian Clark, #599624, remains in the Prostraint Violent Prisoner chair on Extreme Suicide Watch per Mental Health Staff Member Steve Hayden with concurrence from Dr. Hearn. Relieving shift A Team has been notified.

| REPORTING OFFICER<br>Rodney Long, Capt. (Wade 22) | 7 / Jun / 17<br>DATE COMPLETED | 0556 hrs.<br>TIME COMPLETED |
|---|---|---|

DWCC-003326



USAO_EDC_004327









**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: __DAVID WADE CORRECTIONAL CENTER__

| 1. Name of Offender **Damian Clark** | 2. Number **599624** | 3. Date of Incident **6 June 2017** | 4. Time of Incident **Approx. 2314** |
|---|---|---|---|
| 5. Place of Incident **N4 Lobby** | 6. Job Assignment (Offender) **U/A** | | 7. Housing Assignment (Offender) **N4 C-4** |
| 8. Rule Violated **Disobedience Aggravated** | | 9. Rule Number **5** | |

10. Description of Incident (Include all relevant information -- "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time while offender Damian Clark 599624 was in the lobby after a prior incident. I Major Young was questioning him when he became argumentative. I ordered him to kneel, face the wall, and keep the noise down. Offender Clark stated to me, don't' tell me what to do, I'll spit in your face. Offender Clark then turned suddenly from the wall towards me. I then administered a short burst of chemical agent to his facial area. Offender Clark then became compliant.

11. Offender Placed in Administrative Segregation  ☐ Yes  ☒ No

| 12. Signature of Reporting Employee *B. Young* | 13. Name, Title, Assignment (Print) **Bruce Young, Major, D Team Shift Supervisor** |
|---|---|

| 14. Date of Report **7 June 2017** | 15. Time of Report **0612** | 16. Report (copy) given to above offender by: *7June 17 Capt Haynes @0624* | 17. Offender's Signature *Refused* |
|---|---|---|---|

18. Plea by Offender:  ☐ Not Guilty  ☐ Guilty

19. Verdict:  ☐ Not Guilty  ☐ Guilty

20. Date of Hearing:

21. Counsel Substitute:

DOC #:

22. Disciplinary Court Motions: Refer to Form B-05-001-B.

23. Reasons For Disposition:
☐ Report is clear and precise.   ☐ Lack of credible defense/little or no defense.   ☐ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's.   ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.   ☐ The offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.   ☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☐ Seriousness of offense   ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since: _____.

A total of _____ # _____ rule violations since_____

☐ Other: _____

25. Sentence:  ☐ Suspended  ☐ Imposed _____ Days

26. Sentence:  ☐ Suspended  ☐ Imposed _____ Days

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

DWCC 003332

DWCC 282

# David Wade Correctional Center
# Review of Use of Force

---

**Source of Information:**   U.O.R.   <u>XXXX</u>   **Allegation from Offender:** _____

Other (Specify):

---

**Statement of Review:**

I have reviewed the Use of Force / Chemical Agent concerning offender Brad Rison #589216, which occurred in the N2 Housing Unit at approximately 1114 hrs on July 08, 2017.

---

**Conclusion:**

After a review of the incident, only the force necessary was used to bring the situation under control, within the realm of E.P.M. 02-01-005, Use of Force.

---

**Recommended Action:**

None.

_____                    <u>July 10, 2017</u>
Lonnie Nail, Corr. Colonel                                    **Date**
**South Compound Unit Manager**
**David Wade Correctional Center**

        xc:            File Records

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**



**INSTITUTION:  DWCC**

| NAME<br>Brad Rison | NUMBER<br>589216 | DORM OR CELLBLOCK<br>N2A-9 | DATE OF INCIDENT<br>8-July-17 | TIME OF INCIDENT<br>Appx 1114 |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N2A-9 | | WITNESSES<br>Sgt. James Freeman, Nurse Williams | | |

**TYPE OF INCIDENT – CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other – Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot – Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike – Individual
- ☐ Hunger Strike – Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage – Limited
- ☐ Evacuation – Limited
- ☐ Other – Employee Arrest
- ☐ Other – Determined by Unit Head

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot – Warning Shot (Class II)
  - ☐ Self Defense – No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☒ Immediate
  - ☐ Planned
  - ☒ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☒ Staff on Offender
- ☐ Individual Hunger Strike
- ☐ Body Cameras and Other Recorded Media Devices

\* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and time Sgt. Freeman informed me that offender Brad Rison #589216 was saying he wanted to be in a cell by himself. I approached offender Rison and told him I needed to know why he wanted to move. He didn't give me a reason but just wanted to move. I informed him I wouldn't move him for no reason. When I walked away from his cell, he started kicking the bars and started yelling I'll show you how serious I am. At this time, he knelt down and started going into his laundry bag. I asked him what he was doing. He yelled I'm going to kill myself with this sheet. I ordered him to put it down. He didn't comply and continued yelling I'll show you. Due to the immediate need to restore order and to prevent offender Rison from harming himself, there was no time to retrieve the video recorder. I sprayed a short burst of chemical agent to his facial area. He immediately stepped away from the bag and sheet. He became compliant with all orders given. Offender Rison was ordered to come to the bars to be restrained he complied. He was escorted to the lobby and given an eyewash by Nurse Williams. Mental Health Ariel Robinson ordered he be placed on standard suicide watch. He was given a shower and placed in a paper gown in N2B-4. The cell was cleaned and sanitized per policy. Contaminated items were placed in a biohazard bag for further handling. Offender Antonio Henderson #561859 who was in the cell with offender Rison was not sprayed but was seen by medical. He refused all treatment. Maj. Royer was notified.

| _Ray L. Cole, Capt_ | _8 - July -17_ | _1455_ |
|---|---|---|
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |

DWCC 003467

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: <u>DAVID WADE CORRECTIONAL CENTER</u>**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Bradies Pison | 589216 | N2A-9 | 8-July-17 | Approx 1114 |

**LOCATION OF INCIDENT** N2A9

**WITNESSES** Capt Cole, Nurse williams

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Unit Head
- [ ] Use of Body Camera

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [X] Use of Force
  - [X] Immediate
  - [ ] Planned
  - [X] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [X] Staff on Offender
- [ ] Individual Hunger Strike
- [ ] Use of Body Camera

* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date/time Sgt Freeman informed Capt Cole that offender Brad Pison #589216 stoped me while making rounds, saying he wanted to be in a cell by himself. I asked offender Pison why he wanted to be moved he would not tell me why,

**REPORTING OFFICER** Sgt Freeman

**DATE COMPLETED** 8-July-17

**TIME COMPLETED** 1700

DWCC 003468

Form C-06-011 132
01 January 2009

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
#### (Addendum page)

INSTITUTION: <u>DWCC</u>

PAGE ___2___ of ___2___

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Brad Bison | 589216 | N2A-9 | 8 July 17 | APPROX 1114 |

Just he wanted to be moved. I told offender Bison I would notify
capt Cole. Capt Cole came on the tier and started talking to offender
Bison, I Sgt Freeman started off the tier to start serving lunch.
I heard offender Bison start kicking the and yelling I show you
how serious I am. At this time capt Cole came off the tier
and stated he had to use chemical agents on offender Bison.
At this time I Sgt Freeman and capt Cole restrained offend Bison
escorted him to the lobby. He was given eye wash by Nurse
Williams. Mental Health Aide Robinson ordered he be placed
on standard suicide watch. He was given a shower and placed
in a paper gown in N2B-4. The cell was cleaned and sanitized
per policy. Contaminated items were put in a biohazard
bag. Offender Antonio Henderson #561859 was in the cell with
offender Bison was not sprayed, but seen by medical. He
refused all treatment. Maj Loyer was notified.

Sgt Freeman
REPORTING OFFICER

8-July 17
DATE COMPLETED

DWCC 008469
TIME COMPLETED

FORM B-05-001-A
20 August 2013

EXT L/D

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### DISCIPLINARY REPORT

INSTITUTION: __DAVID WADE CORRECTIONAL CENTER__

| 1. Name of Offender **Brad Rison** | 2. Number **589216** | 3. Date of Incident **8 July 17** | 4. Time of Incident **1114 appx** |
|---|---|---|---|

| 5. Place of Incident **N2A-9** | 6. Job Assignment (Offender) **U/A** | 7. Housing Assignment (Offender) **N2A-9** |
|---|---|---|

| 8. Rule Violated **Aggravated Disobedience** | 9. Rule Number **#5** |
|---|---|

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and time, Sgt. Freeman Informed me that offender Brad Rison #589216 was saying he wanted to be in a cell by himself. I approached offender Rison and told him I needed to know why he wanted to move. He didn't give me a reason but just wanted to move. I informed him I wouldn't move him for no reason. When I walked away from his cell, he started kicking the bars and started yelling I'll show you how serious I am. At this time, he knelt down and started going into his laundry bag. I asked him what he was doing. He yelled, I'm going to kill myself with this sheet. I ordered him to put it down. He didn't comply and continued yelling, I'll show you. He only complied after chemical agents were used. Maj. Royer was notified.

11. Offender Placed in Administrative Segregation ☐ Yes ☒ No

| 12. Signature of Reporting Employee *Roy L. Cole* | 13. Name, Title, Assignment (Print) **Roy L. Cole, Capt.** |
|---|---|

| 14. Date of Report **8-July-17** | 15. Time of Report **1530** | 16. Report (copy) given to above offender by: *Capt Cole* *1545  8 July -17* | 17. Offender's Signature *Refused* |
|---|---|---|---|

18. Plea by Offender: ☐ Not Guilty ☐ Guilty

19. Verdict: ☐ Not Guilty ☐ Guilty

20. Date of Hearing:

21. Counsel Substitute:

DOC #:

22. Disciplinary Court Motions: Refer to Form B-05-001-B.

23. Reasons For Disposition:
☐ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's. ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's. ☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☐ Seriousness of offense ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since: _____

A total of _____ # _____ rule violations since_____

☐ Other: _____

25. Sentence: ☐ Suspended ☐ Imposed _____ Days

26. Sentence: ☐ Suspended ☐ Imposed _____ Days

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

CHAIRMAN (DISCIPLINARY OFFICER) _____     MEMBER _____

DWCC 282

# David Wade Correctional Center
## <u>Review of Use of Force</u>

**Source of Information:**   U.O.R.   <u>XXXX</u>       Allegation from Offender: _____

Other (Specify):

**Statement of Review:**

I have reviewed the Use of Force / Chemical Agent / Alternate Restraints concerning offender Alvin Ball #524942, which occurred in the N3 Housing Unit at approximately 2157 hrs on Mar. 16, 2018.

**Conclusion:**

After a review of the incident, only the force necessary was used to bring the situation under control, within the realm of E.P.M. 02-01-005, Use of Force.

**Recommended Action:**

None.

**Lonnie Nail, Corr. Colonel**
**South Compound Unit Manager**
**David Wade Correctional Center**

<u>Mar. 19, 2018</u>
**Date**

xc:        File Records

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: DWCC**

| NAME<br>Alvin Ball | NUMBER<br>524942 | DORM OR CELLBLOCK<br>N3A-8 | DATE OF INCIDENT<br>16 / Mar / 2018 | TIME OF INCIDENT<br>Approx. 2157 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N3A-8 | | WITNESSES<br>Capt. Long, Sgt. Couch, Nurse Menere | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Unit Head
- [ ] Use of Body Camera or other RMD

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [x] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike
- [x] Use of Body Camera or other RMD

\* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

SEE ATTACHED ADDENDUM PAGE.

| REPORTING OFFICER<br>Bruce Young, Major (Wade 19)<br>D Team Shift Supervisor | 17 / Mar / 2018<br>DATE COMPLETED | 0215 hrs.<br>TIME COMPLETED |
|---|---|---|

DWCC 004487

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Addendum page)

INSTITUTION: DWCC

PAGE ___2___ of ___2___

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Alvin Ball | 524942 | N3A-8 | 16 / Mar / 2018 | Approx. 2157 hrs. |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| N3A-8 | Capt. Long, Sgt. Couch, Nurse Menere |

DESCRIPTION OF INCIDENT (CONTINUED)

On the above date and approximate time I, Major Young (Wade 19) was attending to duties on the North Compound when I was notified by Capt. Long (Wade 22) of an incident in the N3 Cellbock. Upon arriving in the N3 Cellbock, I observed Capt. Long, Sgt. Couch and Nurse Menere standing in the lobby with offender Alvin Ball #524942 and offender Michael Outlaw #558287. Capt. Long informed me that when he arrived on N3 A-Tier, offender Ball was standing on the top bunk with a sheet tied to the bars and the other end tied around his neck. Capt. Long further stated offender Ball was also yelling and creating a disturbance on the tier. Capt. Long stated he gave offender Ball a direct verbal order to remove the sheet from his neck and get down off the top bunk and he complied, but continued yelling and creating a disturbance on the tier. Capt. Long stated offender Ball only complied with orders after chemical agent was administered. I then questioned offender Ball as to why he was creating a disturbance and he stated, "I was upset about receiving a write up earlier." Nurse Menere who was present notified Ms. Arial Robinson (Mental Health Staff Member) and informed her of the situation. Ms. Robinson with concurrence from Dr. Fuller ordered offender Ball to be placed on Extreme Suicide Watch in alternative restraints for having the sheet around his neck and tied to the bars. Both offenders were offered a shower in which they refused. All contaminated areas were cleaned and sanitized with a soap and water solution per policy. All contaminated items were placed in a red biohazard bag and forwarded to the laundry for further handling. Offender Outlaw was escorted back to his assigned cell. Offender Ball was reassigned to (N4B-2) and placed on Extreme Suicide Watch without further incident. The initial placement of offender Ball in alternative restraints was video recorded. Only the minimum amount of force was used to gain order and compliance. Capt. Long utilized his body camera (Wade 22) to record the incident. The offenders were offered a shower every 30 minutes over the next two hours and they continued to refuse. Capt. Long issued offender Ball an RVR for violation of Rule 5, Aggravated Disobedience. Duty Officer Colonel Evans was notified.

| | | |
|---|---|---|
| REPORTING OFFICER<br>Bruce Young, Major (Wade 19)<br>D Team Shift Supervisor | 17 / Mar / 2018<br>DATE COMPLETED | 0215 hrs.<br>TIME COMPLETED |

DWCC 004488

Form 05-004/wc/
06 June 2017

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

## INSTITUTION:  <u>DAVID WADE CORRECTIONAL CENTER</u>

| NAME<br>Alvin Ball | NUMBER<br>524942 | DORM OR CELLBLOCK<br>N3A-8 | DATE OF INCIDENT<br>16 March 2018 | TIME OF INCIDENT<br>Approx. 2157 |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N3A-8 | | WITNESSES<br>Sgt. Couch, Major Young, Nurse Menere | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Unit Head
- [ ] Use of Body Camera or other RMD

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [x] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike
- [x] Use of Body Camera or other RMD

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

See Attached Addendum Page.

REPORTING OFFICER
**Rodney Long, Corrections Captain (Wade 22)**

17 March 2018
DATE COMPLETED

0335
TIME COMPLETED

DWCC 004489

BM

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Addendum page)

## INSTITUTION: <u>DWCC</u>

### *PAGE  2  of  2*

| NAME<br>Alvin Ball | NUMBER<br>524942 | DORM OR CELLBLOCK<br>N3A-8 | DATE OF INCIDENT<br>16 March 2018 | TIME OF INCIDENT<br>Approx. 21:57 |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N3A-8 | | WITNESSES<br>Sgt. Couch, Major Young, Nurse Menere | | |

DESCRIPTION OF INCIDENT (CONTINUED)

On the above date and approximate time, I, Capt. R. Long was called to 10-19 N3 for a disturbance on A tier. Upon my arrival to N3A-8, I observed offender Alvin Ball, 524942, standing on the top bunk with a sheet tied to the bars and the other end tied around his neck. Offender Ball was also yelling loudly and creating a disturbance on the tier. I gave Ball a direct verbal order to remove the sheet from his neck and come down to the floor of the cell. Ball complied with this order. Offender Ball however, continued to yell loudly and create a disturbance. I gave Ball a direct order to cease his actions. He did not comply. Offender Ball only complied after chemical agents were administered. Major Young was informed. After the chemical agents were given time to take effect, Ball and his cellmate, Michael Outlaw, 558287, were ordered to the bars to be restrained. Both offenders complied. The cell was ordered opened and Sgt. Couch and I entered the cell and completed restraining both offenders as per policy. Both offenders were then escorted to the N3 lobby. Medical was called. Major Young arrived. Nurse Menere arrived and offered both offenders an eye wash, offender Ball accepted, Outlaw refused. Upon questioning, Offender Ball stated that he had been upset because he had received a write up earlier in the evening. Offender Ball also stated that he wished to declare himself suicidal. Nurse Menere was informed and questioned Ball about his intentions. After conferring with Arial Robinson of Mental Health and Dr. Fuller it was determined that offender Ball would be placed on Extreme Suicide Watch in alternative restraints.

Both offenders were offered a shower and both refused. They were offered a shower every 30 minutes for 2 hours and continued to refuse. Cell N3A-8 was cleaned with a soap and water solution and all contaminated items were placed in a bio-hazard bag for further handling.

Offender Outlaw was returned to cell N3A-8 without further incident. Offender Ball was reassigned to N4B-2 on Extreme Suicide Watch in alternative restraints. Only the amount of force necessary to control the situation was used. Body camera was activated during the incident.

| REPORTING OFFICER<br>Rodney Long, Corrections Captain<br>South D Team (Wade 22) | 17 March 2018<br>DATE COMPLETED | 03:35<br>TIME COMPLETED |
|---|---|---|

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

**INSTITUTION:** <u>DAVID WADE CORRECTIONAL CENTER</u>

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Alvin Ball | 524942 | N3A-8 | 16-March-18 | Approx. 2157 |

**LOCATION OF INCIDENT**
N3A-8

**WITNESSES**
Capt. Long, Major Young, Nurse Menece

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

### Category A Incidents:
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

### Category B Incidents:
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Unit Head
- [ ] Use of Body Camera

### Category C Incidents:
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [ ] Planned
  - [ ] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike
- [x] Use of Body Camera

\* Copy to Investigations

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

See attached Addendum

---

**REPORTING OFFICER** Sgt. [signature]

**DATE COMPLETED** 17-March-18

**TIME COMPLETED** 0458

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Addendum page)

INSTITUTION: <u>DWCC</u>

PAGE ___2___ of ___3___

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Alvin Ball | 524942 | N3A-6 | 16-March-18 | Approx. 2157 |

On the above date and approximate time, I Sgt. Jacob Couch observed Offender Alvin Ball #524942, standing on the top bunk with a sheet tied to the bars and the other end tied around his neck. Offender Ball was also yelling loudly and creating a disturbance on the tier. I immediately sent word to notify Capt. Long to 10-19 N3. I remained in front of the cell to monitor the situation. Capt. Long arrived. Capt. Long gave Ball a direct verbal order to remove the sheet from his neck and come down to the floor of the cell. Ball complied with this order. Offender Ball however, continued to yell loudly and create a disturbance. Capt. Long gave Ball a direct order to cease his actions. He did not comply. Offender Ball only complied after chemical agents were administered. Major Young was informed. After the chemical agents were given time to take effect, Ball and his cellmate, Michael Outlaw, 558287, were ordered to the bars to be restrained. Both offenders complied. The cell was ordered open and Capt. Long and I entered the cell and completed restraining both offenders. As per policy. Both offenders were then escorted to the N3 lobby. Medical was called. Major Young arrived. Nurse Menere arrived and offered both offenders an eye wash. Offender Ball accepted, Outlaw refused. Both offenders were offered a shower and both refused. They were offered a shower every 30

| Sgt. Jacob Couch | 17 March -18 | 0458 524942 |
|------------------|--------------|-------------|
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |

01 January 2008

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Addendum page)

INSTITUTION: <u>DWCC</u>

PAGE ___3___ of ___3___

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Alvin Ball | 524942 | N3A-8 | 16-March-18 | Approx. 21:57 |

Minutes for 2 hours and continued to refuse. Cell N3A-8 was cleaned with a soap and water solution and all contaminated items were placed in a biohazard bag for further handling. Offender Outlaw was returned to cell N3A-8 without further incident. Offender Ball was reassigned to N4B-2 on Extreme Suicide Watch in alternative restraints.

Sgt. Jacob Cash
REPORTING OFFICER

17-March-18
DATE COMPLETED

DWCC 004493
TIME COMPLETED

Form C-05-001-B-1
06 June 2017

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: __DAVID WADE CORRECTIONAL CENTER__

| NAME<br>Alvin Ball | NUMBER<br>524942 | DORM OR CELLBLOCK<br>N4B-2 | DATE OF INCIDENT<br>17 March 2018 | TIME OF INCIDENT<br>Approx. 0552 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4B-2 | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other – Determined by Unit Head
- [ ] Use of Body Camera or other RMD

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [x] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [x] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike
- [ ] Use of Body Camera or other RMD

* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, as D Team's shift concludes, Offender Alvin Ball, 524942, remains in alternative restraints on Extreme Suicide Watch per Arial Robinson with concurrence from Dr. Fuller.  Major Royer and relieving B Team were notified.

_B. Young Major_ (signature)

REPORTING OFFICER
**Bruce Young, Corrections Major**

17 March 2018
DATE COMPLETED

0556 hrs
TIME COMPLETED

DWCC 004494

## MENTAL HEALTH MANAGEMENT ORDER

NAME: _Ball Alvin_                     DOC# _52 4942_ LOCATION: _N4 B-2_

BEGIN_____                    CIRCLE:          STANDARD / ⟨EXTREME⟩

DISCONTINUE_____                                   OTHER_____

☑CONTINUE _3-17-18_

CHANGE TO_____

MANAGEMENT INSTRUCTION: _ESW Camera Cell_
_____

HOUSING: _N4B-2_ _____ ABLE TO BE DOUBLED?   YES ⟨NO⟩

PROPERTY: _paper gown, No strings, No mattress_
_____

OBSERVATION FREQUENCY: _every 15 min and random_

OTHER:_____
_____

DATE/TIME EXAMINED: _3-17-18    1940_    BY: _Ω Munes_

DATE/TIME OF ORDER: _3-17-18   2000_

ORDERED BY: _A. Robinson / Dr. Fuller_    TITLE: _M.H. / MD_

Note: If extreme mental health management is ordered, a physician's signature is required.

VERBAL ORDER RECEIVED BY: _Ω Munes RN_    DATE/TIME: _3-17-18  20_

Note: Any change requires a new Mental Health Management Order

Copies: Medical Chart (original)
         Security
         Mental Health

DWCC Form #434C (IIC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: __Alvin Ball__   DOC#: __524942__   Date: __16 /March/ 18__

CIRCLE ONE:   (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc… (please write in any other activity deemed necessary | Officer's Signature |
|------|------|------|------|------|------|------|------|------|------|
| 2253 | Started Extreame watch | | | | | | | | Sgt. Jacel Couch |
| 2300 | Sitting in lobby | | | | | | | | Sgt. Jacel Couch |
| 2310 | Sitting in lobby | | | | | | | | Sgt. Jacel Couch |
| 2320 | Sitting in lobby | | | | | | | | Sgt. Jacel Couch |
| 2330 | Sitting in lobby | | | | | | | | Sgt. Jacel Couch |
| 2336 | escorted to N4 | | | | | | | | Sgt. Jacel Couch |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original:   Mental Health
Copies:   Security

DWCC 004496

DWCC Form #434C (HC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Ball, Alvin   DOC#: 524942   Date: 16, March 2018

**CIRCLE ONE:** EXTREME / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 2334 | Offender in N4 C-tier cell #4 | | | | | | | | Sgt. Landry |
| 2347 | Nurse checked restrains | | | | | | | | Sgt. Landry |
| 2354 | Offender in N4 Lobby | | | | | | | | Sgt. Landry |
| 0011 | Offender in N4 Lobby | | | | | | | | Sgt. Landry |
| 0026 | Offender in N4 Lobby | | | | | | | | C/Sgt. Landry |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original:  Mental Health
Copies:    Security

DWCC 004497

DWCC Form #434C (IIC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: _Ball Alvin_   DOC#: _524942_   Date: _17 , Mar , 2018_

CIRCLE ONE:   (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc… (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 0030 | | | | | | | | Sitting quietly | R. Davis |
| 0045 | | | | | | | | Standing at bars | R. Davis |
| 0100 | | | | | | | | Standing at bars | R. Davis |
| 0114 | | | | | | | | Standing at bars | R. Davis |
| 0129 | | | | | | | | Standing at bars | R. Davis |
| 0140 | | | | | | | | Capt Long present | R. Davis |
| 0147 | Nurse Meneve in Unit to check restraints of offender | | | | | | | A Ball | R. Davis |
| 0200 | | | | | | | | Standing at bars | R. Davis |
| 0212 | | | | | | | | Standing at bars | R. Davis |
| 0225 | | | | | | | | Standing at bars | R. Davis |
| 0240 | | | | | | | | Standing at bars | R. Davis |
| 0255 | | | | | | | | Standing at bars | R. Davis |
| 0305 | | | | | | | | Standing at bars | R. Davis |
| 0315 | | | | | | | | Sitting quietly | R. Davis |
| 0330 | | | | | | | | Sitting quietly | R. Davis |
| 0345 | | | | | | | | Sitting quietly | R. Davis |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original:  Mental Health
Copies:   Security

DWCC 004498

DWCC Form #434C (HC-38 Form C ) Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Ball Alvin          DOC#: 524942     Date: 17 , Mar , 2018

CIRCLE ONE:   (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc… (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 0347 | Nurse Menere in Unit to check restraints Capt Long present | | | | | | | | R. Davis |
| 0400 | | | | | | | | Sitting quietly | R. Davis |
| 0411 | | | | | | | | Sitting quietly | R. Davis |
| 0426 | | | | | | | | Sitting quietly | R. Davis |
| 0441 | | | | | | | | Sitting quietly | R. Davis |
| 0455 | | | | | | | | Sitting quietly | R. Davis |
| 0500 | | | | | | | | Sitting quietly | R. Davis |
| 0511 | | | | | | | | Standing at bars | R. Davis |
| 0525 | | | | | | | | Standing at bars | R. Davis |
| 0540 | | | | | | | | Standing at bars | R. Davis |
| 0547 | Nurse Williams in Unit to check restraints Capt Long present | | | | | | | | R. Davis |
| 0559 | | | | | | | | Sitting quietly | R. Davis |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original:   Mental Health
Copies:    Security

DWCC 004499

DWCC Form #434C (HC-38 Form C )Revised November 07)
(EPM #02:01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: _____  DOC#: _____  Date: _____/_____/_____

**CIRCLE ONE:**     EXTREME  /  STANDARD  /  MENTAL HEALTH OBSERVATION  /  OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc… (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Record % of Solids & Liquids Consumed**

Breakfast: _____  Time: _____/ Lunch: _____  Time: _____/ Dinner: _____  Time: _____/ Time of Shower: _____

Original:   Mental Health
Copies:    Security

DWCC 004500

Form C-05-001-W-2
15 July 2011

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

### INSTITUTION:  DWCC

| NAME<br>Ball, Alvin | NUMBER<br>524942 | DORM OR CELLBLOCK<br>N4B-2 | DATE OF INCIDENT<br>17-March-2018 | TIME OF INCIDENT<br>1015 |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4B-2 | | WITNESSES<br>Nurse Williams | | |

#### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

- [ ] Accidents
  - [ ] Employee Accident
  - [ ] Offender Accident
  - [ ] Vehicle Accident
- [ ] Contraband
  - [ ] Inside Facility
  - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance
- [ ] Use of Body Camera or other RMD

- [ ] Medical
- [ ] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [ ] Shakedowns
  - [ ] Routine
    - [ ] Staff  [ ] Visitor  [ ] Offender
  - [ ] Target
    - [ ] Staff  [ ] Visitor  [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside assistance

- [x] Downgraded from Extreme Suicide to Standard Suicide Watch

#### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time Offender Ball, Alvin #524942 was downgrade from Extreme Suicide Watch to Standard Suicide Watch per Mental Health Ariel Robinson.  Offender Ball was released from his restraints.  Major Royer was notified.

REPORTING OFFICER
Jesse Scriber, C/Captain

17-March-2018
DATE COMPLETED

1625
TIME COMPLETED

DWCC 004501

DWCC FORM #434B(HC-38 Form B) (Revised Jan. 03)
(EMP #03-02-008)

# MENTAL HEALTH MANAGEMENT ORDER

NAME:  Alvin Ball                                  DOC#  524942                N4

BEGIN  _____          CIRCLE:        (STANDARD) / EXTREME

DISCONTINUE  _____                    OTHER  _____

CONTINUE  _____

CHANGE TO  X _____

MANAGEMENT INSTRUCTION:      SSW

HOUSING:  Camera cell if available        ABLE TO DOUBLE BUNK?   YES / (NO)

PROPERETY:  Paper gown no strings, no mattress

OBSERVATION FREQUENCY:        Every 15 min and at random

OTHER:  _____

DATE/TIME EXAMINED:  17-Mar-18  0945          BY:  J Williams, RN

DATE/TIME OF ORDER:  17-Mar-18 1015

ORDERED BY:  Aerial Robinson                  TITLE:  MH

Note: *If any extreme mental health management is ordered, a physician's signature is required.*

VERBAL ORDER RECEIVED BY:  J Williams, RN  *[signature]*    DATE/TIME   17-Mar-18 1015

Note: *Any Change requires a new Mental Health Management Order*

Copies: Medical Chart (original)
Security
Mental Health

IC Form #434C (IIC-38 Form C()Revised November 07)
M #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Alvin Ball  DOC#: 554962  Date: 17 Mar, 18

CIRCLE ONE: (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc… (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 0600 | Sleeping | | | | | | | | Sgt J Roberts |
| 0614 | sleeping | | | | | | | | Sgt J Roberts |
| 0627 | sleeping | | | | | | | | Sgt J Roberts |
| 0637 | Talking to tier officer | | | | | | | | Sgt J Roberts |
| 0651 | laying on bed | | | | | | | | Sgt J Roberts |
| 0702 | standing at bars | | | | | | | | Sgt J Roberts |
| 0714 | eating | | | | | | | | Sgt J Roberts |
| 0728 | standing at bars | | | | | | | | Sgt J Roberts |
| 0741 | standing at bars | | | | | | | | Sgt J Roberts |
| 0747 | restraints checked by medical | | | | | | | | Sgt J Roberts |
| 0805 | laying on bed | | | | | | | | Sgt J Roberts |
| 0814 | laying on bed | | | | | | | | Sgt J Roberts |
| 0826 | laying on bed | | | | | | | | Sgt J Roberts |
| 0837 | laying on bed | | | | | | | | Sgt J Roberts |
| 0850 | laying on bed | | | | | | | | Sgt J Roberts |
| 0903 | laying on bed | | | | | | | | Sgt J Roberts |

Record % of Solids & Liquids Consumed

Breakfast: 100%  Time: 0714 / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time: _____

Original:  Mental Health
Copies:  Security

DWCC Form #434C (HC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Alvin Ball   DOC#: 534945   Date: 17 Mar 18

CIRCLE ONE:   (EXTREME)   STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc.) | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 0918 | Laying on bed | | | | | | | | Sgt J Roberts |
| 0930 | laying on bed | | | | | | | | Sgt J Roberts |
| 0941 | laying on bed | | | | | | | | Sgt J Roberts |
| 0950 | Restraints checked by medical | | | | | | | | Sgt J Roberts |
| 1003 | laying on bed | | | | | | | | Sgt J Roberts |
| 1015 | Taking off extreme suicide watch, down graded to standard | | | | | | | | Sgt J Roberts |
| | suicide watch per mental Health Aerial Robinson | | | | | | | | Sgt J Roberts |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Record % of Solids & Liquids Consumed

Breakfast: 100%   Time: 0714 / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original:   Mental Health
Copies:   Security

Form C-05-001-W-1
06 June 2017

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION:  DAVID WADE CORRECTIONAL CENTER**

| NAME<br>Alvin Ball | NUMBER<br>524942 | DORM OR CELLBLOCK<br>N4B-2 | DATE OF INCIDENT<br>18 March 2018 | TIME OF INCIDENT<br>Approx. 1740 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4B-2 | | WITNESSES | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Unit Head
- ☐ Use of Body Camera or other RMD

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☒ Planned
  - ☐ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec, Shield)
  - ☐ Less Lethal Weapons
  - ☒ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☐ Use of Body Camera or other RMD

* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, as B Team's shift concludes, Offender Alvin Ball, 524942, remains in alternative restraints on Extreme Suicide Watch per Arial Robinson with concurrence from Dr. Fuller.  Major Young and relieving D Team were notified.

| REPORTING OFFICER<br>Jesse Scriber, C/Captain | 18 March 2018<br>DATE COMPLETED | 1745 hrs<br>TIME COMPLETED |
|---|---|---|

DWCC 004505

DWCC FORM #434B(HC-38 Form B) (Revised Jan. 03)
(EMP #03-02-008)

# MENTAL HEALTH MANAGEMENT ORDER

NAME: _Alvin Bal_          DOC# _524942_          _N4_

BEGIN _____          CIRCLE:          STANDARD / (EXTREME)

DISCONTINUE _____          OTHER _____

CONTINUE _x_____

CHANGE TO _____

MANAGEMENT INSTRUCTION: _ESW_____

HOUSING: _Camera cell if available_____          ABLE TO DOUBLE BUNK?     YES / (NO)

PROPERETY: _Paper gown no strings, no mattress, alternative restraints_

OBSERVATION FREQUENCY: _____ Every 15 min and at random _____

OTHER: _____

DATE/TIME EXAMINED: _18-Mar-18  0740_          BY: _J Williams, RN_

DATE/TIME OF ORDER: _18-Mar-18  0800_

ORDERED BY: _Aerial Robinson/Dr Fuller_          TITLE: _MH/MD_

Note: _If any extreme mental health management is ordered, a physician's signature is required._

VERBAL ORDER RECEIVED BY: _J Williams, RN_ _[signature]_          DATE/TIME _18-Mar-18  0800_

Note: _Any Change requires a new Mental Health Management Order_

Copies: Medical Chart (original)
Security
Mental Health

DWCC Form #434C (HC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Alvin Ball      DOC#: 324942      Date: 18 Mar, 18

CIRCLE ONE:     (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | Officer's Signature |
|------|------|------|------|------|------|------|------|------|------|
| 0612 | Sitting on Bunk | | | | | | | | Lt Pietsch |
| 0626 | Sitting on Bunk | | | | | | | | Lt Pietsch |
| 0635 | Sitting on Bunk | | | | | | | | Lt Pietsch |
| 0650 | Standing at BARS | | | | | | | | Lt Pietsch |
| 0705 | Eating Breakfast | | | | | | | | Lt Pietsch |
| 0720 | Sitting on Bunk | | | | | | | | Lt Pietsch |
| 0735 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 0740 | Nurse Joel Williams Captain Scriber Restraints Checked | | | | | | | | Lt Pietsch |
| 0755 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 0810 | Standing in Cell | | | | | | | | Lt Pietsch |
| 0825 | Standing At BARS | | | | | | | | Lt Pietsch |
| 0840 | Standing At BARS | | | | | | | | Lt Pietsch |
| 0855 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 0910 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 0925 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 0940 | Lying on Bunk Nurse Williams Checked his Restraints | | | | | | | | Lt Pietsch |

Record % of Solids & Liquids Consumed

Breakfast: 100%    Time: 0700    / Lunch: 100%    Time: 1045    / Dinner: 90%    Time: 1535    / Time of Shower: _____

Original:   Mental Health
Copies:     Security

DWCC 001907

DWCC Form #434C (HC-38 Form C ) Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Alvin Ball          DOC#: 524942     Date: 18 Mar, 18

CIRCLE ONE:   (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 0955 | Talking Standing up Nurse williams checked Restraints | | | | | | | | Lt Pietsch |
| 1010 | Sitting on Bunk | | | | | | | | Lt Pietsch |
| 1025 | Sitting on Bunk | | | | | | | | Lt Pietsch |
| 1040 | Standing at Bars | | | | | | | | Lt Pietsch |
| 1055 | Eating TKAs noon meal | | | | | | | | Lt Pietsch |
| 1110 | sitting on Bunk | | | | | | | | Lt Pietsch |
| 1125 | sitting on Bunk | | | | | | | | Lt Pietsch |
| 1140 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1150 | Sitting on Bunk Nurse williams checked Restraints | | | | | | | | Lt Pietsch |
| 1205 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1220 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1235 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1250 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1305 | sitting on Bunk | | | | | | | | Lt Pietsch |
| 1320 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1335 | Lying on Bunk | | | | | | | | Lt Pietsch |

Record % of Solids & Liquids Consumed

Breakfast: 100%   Time: 0700 / Lunch: 100%   Time: 1045 / Dinner: 90%   Time: 1535 / Time of Shower: _____

Original:   Mental Health
Copies:     Security

DWCC Form #434C (IIC-38 Form C( )Revised November 07)
(IEPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Alvin Bail   DOC#: 534940   Date: 18 Mar, 18

CIRCLE ONE: (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 1350 | Talking to Nurse williams Restraints checked | | | | | | | | Lt Pietsch |
| 1405 | Sitting on Bunk | | | | | | | | Lt Pietsch |
| 1420 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1435 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1450 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1505 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1520 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1535 | Eating meal | | | | | | | | Lt Pietsch |
| 1540 | Nurse williams checked Restraints | | | | | | | | Lt Pietsch |
| 1555 | Sitting on Bunk | | | | | | | | Lt Pietsch |
| 1610 | Sitting on Bunk | | | | | | | | Lt Pietsch |
| 1625 | Lying on Bunk | | | | | | | | Lt Pietsch |
| 1640 | Standing at BARS | | | | | | | | Lt Pietsch |
| 1655 | Using the bathroom | | | | | | | | Lt Pietsch |
| 1710 | Standing At BARS | | | | | | | | Lt Pietsch |
| 1715 | Nurse williams Meneve checked Restraints Sitting on Bunk | | | | | | | | Lt Pietsch |

Record % of Solids & Liquids Consumed

Breakfast: 100% Time: 0700 / Lunch: 100% Time: 1045 / Dinner: 90% Time: 1535 / Time of Shower: _____

Original:   Mental Health
Copies:     Security

DWCC 004909

DWCC Form #434C (HC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Alvin Ball                DOC#: 524942          Date: 18 Mar 18

CIRCLE ONE:     (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

**Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.**

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | Officer's Signature |
|------|------|------|------|------|------|------|------|------|------|
| 1730 | Standing at Bars | | | | | | | | Lt Pietsch |
| 1745 | Standing at Bars | | | | | | | | Lt Pietsch |
| 1754 | Sitting on Bunk | | | | | | | | Lt Pietsch |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Record % of Solids & Liquids Consumed**

Breakfast: _100%_ Time: _0700_ / Lunch: _100%_ Time: _1045_ / Dinner: _90%_ Time: _1535_ / Time of Shower: _____

Original:   Mental Health
Copies:     Security

Form C-05-001-W-1
06 June 2017

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

## INSTITUTION:  DAVID WADE CORRECTIONAL CENTER

| NAME<br>Alvin Ball | NUMBER<br>524942 | DORM OR CELLBLOCK<br>N4B-2 | DATE OF INCIDENT<br>18 March 2018 | TIME OF INCIDENT<br>Approx. 0556 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4B-2 | | | WITNESSES | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other -- Employee Arrest
- ☐ Other - Determined by Unit Head
- ☐ Use of Body Camera or other RMD

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☒ Planned
  - ☐ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☒ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☐ Use of Body Camera or other RMD

* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, as D Team's shift concludes, Offender Alvin Ball, 524942, remains in alternative restraints on Extreme Suicide Watch per Arial Robinson with concurrence from Dr. Fuller.  Major Royer and relieving B Team were notified.

_B- Young Major_
**REPORTING OFFICER**
**Bruce Young, Corrections Major**

18 March 2018
DATE COMPLETED

0556 hrs
TIME COMPLETED

DWCC 004511

FORM B-05-001-A
20 August 2013

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

EXT L/D
By

INSTITUTION: **DAVID WADE CORRECTIONAL CENTER**

| 1. Name of Offender **Alvin Ball** | 2. Number **524942** | 3. Date of Incident **16 MARCH 2018** | 4. Time of Incident **Approx. 2157** |
|---|---|---|---|
| 5. Place of Incident **N3A-8** | 6. Job Assignment (Offender) **U/A** | | 7. Housing Assignment (Offender) **N3A-8** |
| 8. Rule Violated **Aggravated Disobedience** | 9. Rule Number **#5** | | |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time, I, Capt. R. Long, was called via radio to 10-19 N3 for a disturbance on A tier. When I arrived at N3A-8, I observed offender Alvin Ball standing on the top bunk with a sheet tied to the bars and the other end tied around his neck. Offender Ball was also yelling loudly on the tier and creating a disturbance. I gave offender Ball a verbal order to remove the sheet from his neck and come down to the floor of the cell. Ball complied with this order. Offender Ball however, continued to yell loudly and create a disturbance. I gave Ball a direct order to cease his actions. Ball did not comply. Offender Ball only complied when chemical agents were administered. Major Young was informed.

11. Offender Placed in Administrative Segregation? ☐ Yes ☒ No

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) **Rodney Long, Captain, Wade 22** |
|---|---|
| 14. Date of Report **17 March 2018** | 15. Time of Report **0212** | 16. Report (copy) given to above offender by: 17 Mar 18 Capt. Solomon | 17. Offender's Signature Refused |

| 18. Plea by Offender: ☐ Not Guilty ☐ Guilty | 19. Verdict: ☐ Not Guilty ☐ Guilty |
|---|---|
| 20. Date of Hearing: | 21. Counsel Substitute: DOC #: |

22. Disciplinary Court Motions: Refer to Form B-05-001-B.

23. Reasons For Disposition:
☐ Report is clear and precise.   ☐ Lack of credible defense/little or no defense.   ☐ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's.   ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.   ☐ The offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.   ☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☐ Seriousness of offense   ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since: _____

A total of _____ # _____ rule violations since _____

☐ Other: _____

| 25. Sentence: ☐ Suspended ☐ Imposed _____ Days | 26. Sentence: ☐ Suspended ☐ Imposed _____ Days |
|---|---|

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

_____ CHAIRMAN (DISCIPLINARY OFFICER) _____ MEMBER

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

### INSTITUTION: DWCC

| NAME<br>Alvin Ball | NUMBER<br>524942 | DORM OR CELLBLOCK<br>N4 B-2 | DATE OF INCIDENT<br>19 Mar 18 | TIME OF INCIDENT<br>Approx. 1752 hrs. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>N4 | | WITNESSES | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Unit Head

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [x] Planned
  - [ ] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [x] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike

\* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, as A Team's shift concludes, Offender Alvin Ball #524942 remains in alternative restraints on Extreme Suicide Watch per Ariel Robinson (Mental Health Staff Member). Major Wallace and relieving C Team were notified.

| REPORTING OFFICER<br>Johnny White, Capt. (Wade 22) | 19 / Mar / 18<br>DATE COMPLETED | 1756 hrs.<br>TIME COMPLETED |
|---|---|---|

DWCC 004513

DWCC Form #434C (1IC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

## WATCH LOG SHEET

INMATE NAME: Alun Ball   DOC#: 534942   Date: 14 Mar 18

CIRCLE ONE: EXTREME / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc… (please write in any other activity deemed necessary | C/sgt L. Joseph   Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 0609 | standing at the bars talking to others | | | | | | | | C/sgt L. Joseph |
| 0622 | standing at the bars talking to others | | | | | | | | C/sgt L. Joseph |
| 0635 | standing at the bars talking to others | | | | | | | | C/sgt L. Joseph |
| 0647 | standing at the bars talking to others | | | | | | | | C/sgt L. Joseph |
| 0655 | sitting on bed eating | | | | | | | | C/sgt L. Joseph |
| 0708 | sitting on bed eating | | | | | | | | C/sgt L. Joseph |
| 0721 | sitting on bed | | | | | | | | C/sgt L. Joseph |
| 0700 | Nurse Williams checked restraints / Capt. White was present | | | | | | | | C/sgt L. Joseph |
| 0734 | standing at the bars | | | | | | | | C/sgt L. Joseph |
| 0747 | standing at the bars | | | | | | | | C/sgt L. Joseph |
| 0759 | laying on bed | | | | | | | | C/sgt L. Joseph |
| 0811 | laying on bed | | | | | | | | C/sgt L. Joseph |
| 0823 | talking to staff | | | | | | | | C/sgt L. Joseph |
| 0836 | sitting on bed | | | | | | | | C/sgt L. Joseph |
| 0849 | laying on bed | | | | | | | | C/sgt L. Joseph |
| 0850 | Mrs. Robinson went to talk to offender Alvin Ball | | | | | | | | C/sgt L. Joseph |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original: Mental Health
Copies: Security

DWCC 004514

DWCC Form #434C (HC-38 Form C( )Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Alvin Ball          DOC#: 504942          Date: 18 Mar. 18

CIRCLE ONE:     (EXTREME / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | C/sgt L. Joseph / Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 0902 | laying on bed | | | | | | | | C/sgt L. Joseph |
| 0914 | laying on bed | | | | | | | | C/sgt L. Joseph |
| 0922 | Nurse Williams checked restraints / Major Coleman was present | | | | | | | | C/sgt L. Joseph |
| 0935 | laying on bed | | | | | | | | C/sgt L. Joseph |
| 0948 | laying on bed | | | | | | | | C/sgt L. Joseph |
| 0959 | laying on bed | | | | | | | | C/sgt L. Joseph |
| 1012 | laying in bed | | | | | | | | C/sgt L. Joseph |
| 1026 | standing in cell | | | | | | | | C/sgt L. Joseph |
| 1040 | standing at the bars talking to others | | | | | | | | C/sgt L. Joseph |
| 1052 | sitting on bed eating | | | | | | | | C/sgt L. Joseph |
| 1104 | sitting on bed | | | | | | | | C/sgt L. Joseph |
| 1111 | Nurse Williams checked restraints / Capt. White was present | | | | | | | | C/sgt L. Joseph |
| 1124 | laying on bed sleeping | | | | | | | | C/sgt L. Joseph |
| 1136 | laying on bed sleeping | | | | | | | | C/sgt L. Joseph |
| 1150 | laying on bed sleeping | | | | | | | | C/sgt L. Joseph |
| 1202 | laying on bed sleeping | | | | | | | | C/sgt L. Joseph |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original:   Mental Health
Copies:     Security

DWCC 004515

DWCC Form #434C (HC-38 Form C)(Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Alvin Ball     DOC#: 524142     Date: 19 Mar. 18

CIRCLE ONE: **(EXTREME)** / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

C/Sgt L. Joseph

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc... (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 1215 | laying in bed | | | | | | | | C/Sgt L. Joseph |
| 1228 | laying in bed | | | | | | | | C/Sgt L. Joseph |
| 1242 | sitting in bed | | | | | | | | C/Sgt L. Joseph |
| 1256 | sitting in bed | | | | | | | | C/Sgt L. Joseph |
| 1308 | sitting in bed | | | | | | | | C/Sgt L. Joseph |
| 1321 | laying in bed | | | | | | | | C/Sgt L. Joseph |
| LE 1300 | Nurse Williams checked restraints / Capt. White was present | | | | | | | | C/Sgt L. Joseph |
| 1334 | laying in bed | | | | | | | | C/Sgt L. Joseph |
| 1346 | laying in bed | | | | | | | | C/Sgt L. Joseph |
| 1359 | sitting in bed | | | | | | | | C/Sgt L. Joseph |
| 1412 | sitting in bed | | | | | | | | C/Sgt L. Joseph |
| 1425 | talking to staff | | | | | | | | C/Sgt L. Joseph |
| 1438 | standing in cell | | | | | | | | C/Sgt L. Joseph |
| 1451 | sitting in bed | | | | | | | | C/Sgt L. Joseph |
| 1500 | Nurse Williams checked restraints / Capt. White was present | | | | | | | | C/Sgt L. Joseph |
| 1512 | laying in bed | | | | | | | | C/Sgt L. Joseph |

Record % of Solids & Liquids Consumed

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original:   Mental Health
Copies:     Security

DWCC 004516

DWCC Form #434C (IIC-38 Form C)(Revised November 07)
(EPM #02-01-030, #03-02-001, #03-02-008)

# WATCH LOG SHEET

INMATE NAME: Alvin Ball   DOC#: 534942   Date: 19 Mar. 18

CIRCLE ONE: (EXTREME) / STANDARD / MENTAL HEALTH OBSERVATION / OTHER

Record the time of the observation, check (X) the behavior you observed, or write in the appropriate space the behavior you observe and sign.

| Time | Acting Out (racking down, yelling, throwing things, flooding cell, etc. | Sleeping | Using the bathroom | Talking to others | Laughing or crying to self | Self-stimulating (rocking, mutilation, masturbating, talking to self, singing) | Liquids offered | Other: sitting or lying on bed, standing, etc… (please write in any other activity deemed necessary | Officer's Signature |
|---|---|---|---|---|---|---|---|---|---|
| 1520 | Mrs. Robinson talked to Alvin Ball | | | | | | | | C/Sgt L. Joseph |
| 1532 | laying on bed | | | | | | | | C/Sgt L. Joseph |
| 1544 | laying on bed | | | | | | | | C/Sgt L. Joseph |
| 1557 | sitting on bed | | | | | | | | C/Sgt L. Joseph |
| LE 1557 | Sitting on bed eating | | | | | | | | C/Sgt L. Joseph |
| 1610 | Sitting on bed | | | | | | | | C/Sgt L. Joseph |
| 1623 | sitting on bed | | | | | | | | C/Sgt L. Joseph |
| 1635 | sitting on bed | | | | | | | | C/Sgt L. Joseph |
| 1644 | Nurse Williams checked restraints / Capt. White was present | | | | | | | | C/Sgt L. Joseph |
| 1657 | laying on bed | | | | | | | | C/Sgt L. Joseph |
| 1659 | laying on bed | | | | | | | | C/Sgt L. Joseph |
| 1711 | laying on bed | | | | | | | | C/Sgt L. Joseph |
| 1725 | sitting on bed | | | | | | | | C/Sgt L. Joseph |
| 1736 | sitting on bed | | | | | | | | C/Sgt L. Joseph |

**Record % of Solids & Liquids Consumed**

Breakfast: _____ Time: _____ / Lunch: _____ Time: _____ / Dinner: _____ Time: _____ / Time of Shower: _____

Original: Mental Health
Copies:   Security

DWCC 004517

EXT L/D



FORM B-08-001-A
20 August 2013

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: **DAVID WADE CORRECTIONAL CENTER**

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| **Chris Solomon** | **623751** | **08 July 19** | **Approx. 1242 hrs.** |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| **N4B-1** | **U/A** | **N4B-1** |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| **Aggravated Disobedience** | **#5** |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time I, Major Coleman observed offender Chris Solomon #623751 standing in his cell acting out causing a disturbance talking as if he was talking with someone in his cell. Offender Solomon is currently on Standard Suicide Watch assigned to a one person cell. I gave offender Solomon a direct verbal order to cease his actions and come to the bars to be restrained. Offender Solomon refused to comply and backed away to the back of his cell. Offender Solomon then ran into his cell bars with his head. I then activated my body camera and I gave offender Solomon a direct verbal order to come to the bars to be restrained. Offender Solomon continued to refuse all orders given and began banging his head into his cell bars. Offender Solomon only complied after chemical agent was administered. (See Attached UOR'S)

11. Offender Placed in Administrative Segregation  ☐ Yes  ☒ No

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) |
|---|---|
| *[signature]* | **Vincent Coleman, Major (Wade 19)** |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above offender by: | 17. Offender's Signature |
|---|---|---|---|
| **08 July 19** | **1342** | *[signature]* White 8 July 19 | *[signature]* |

| 18. Plea by Offender:  ☐ Not Guilty  ☑ Guilty | 19. Verdict:  ☐ Not Guilty  ☑ Guilty |
|---|---|

| 20. Date of Hearing: 7/16/19 | 21. Counsel Substitute: Holland 56657 |
|---|---|
| | DOC #: Vasquez 112061 |

22. Disciplinary Court Motions: Refer to Form B-05-001-B.

23. Reasons For Disposition:
☑ Report is clear and precise.  ☐ Lack of credible defense/little or no defense.  ☐ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's.  ☑ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.  ☐ The offender presented no evidence to refute the charges.  ☐ Plea bargain.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other

24. Reasons For Sentence:
☑ Seriousness of offense  ☑ The need to protect the institution, employees or other.
☐ Poor conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since: _____.
          A total of _____ # _____ rule violations since _____.
☐ Other: _____

| 25. Sentence:  ☐ Suspended  ☑ Imposed _____ Days | 26. Sentence:  ☐ Suspended  ☑ Imposed _____ Days |
|---|---|
| 12 wks Loss of Canteen | 10 Days ISO |

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution".

| *[signature]* Walpoll - Col. | *[signature]* |
|---|---|
| CHAIRMAN (DISCIPLINARY OFFICER) | MEMBER |