# CONTRACT BETWEEN STATE OF LOUISIANA

(Revised 2-19-21)

**NAME OF DEPARTMENT/AGENCY**
Department of Public Safety & Corrections – Corrections Services - David Wade Correctional Center
**AND**
**CONTRACTOR NAME**
Dr. Gregory S. Seal

**CONTRACT NUMBER** *(ISIS/LAGOV)*

## TYPE OF SERVICES TO BE PROVIDED

PROFESSIONAL SERVICES ☒  CONSULTING SERVICES ☐  SOCIAL SERVICES ☐  PERSONAL SERVICES ☐
AGENCY ☐                  GOVERNMENTAL ☐         COOPERATIVE ENDEAVOR ☐

| | |
|---|---|
| **CONTRACTOR (Legal Name if Corporation)** | **VENDOR ID NUMBER** |
| Dr. Gregory S. Seal | 310066839 |
| | **STATE LDR ACCOUNT #** |
| | 2161338-001 |
| **STREET ADDRESS** | **TELEPHONE NUMBER** |
| 627 Unadilla Street | (318) 393-1119 |
| **CITY:** Shreveport    **STATE:** Louisiana | **ZIP CODE:** 71106 |

**BRIEF DESCRIPTION OF SERVICES TO BE PROVIDED**
Contractor is to provide mental health services to offenders housed at David Wade Correctional Center as required by LA RS 15:831.
Attachment: Scope of Work
Attachment: Special Conditions
Attachment: Rules, Disciplinary Procedures and Alternative Actions

| | |
|---|---|
| **BEGIN DATE** | **END DATE** |
| July 01, 2021 | June 30, 2022 |
| **MAXIMUM CONTRACT AMOUNT** | **MULTI-YEAR CONTRACT BREAKDOWN** |
| $61,440.00 | |

**TERMS OF PAYMENT** – If progress and/or completion of services are provided to the satisfaction of the initiating Office/Facility, payments are to be made as follows:

Contractor shall be paid One Hundred Sixty dollars & Zero cents ($160.00) per hour and shall work an average of thirty two (32) hours per month. Contractor shall not exceed the maximum contract amount of $61,440.00. Travel and other reimbursable expenses shall constitute part of the total maximum amount payable under this contract. Travel expenses shall be billed in accordance with Division of Administration Policy and Procedure Memorandum 49. Contractor shall bill the Department on a monthly basis within fifteen (15) days of the end of the month. The invoice must be submitted to the Contract Performance coordinator. Upon receipt and approval of the invoice, the Department will issue one monthly payment to the Contractor. The Department reserves the right to reduce the contractor's invoice if the services provided during the invoiced month have not been provided or have not been provided satisfactorily and in accordance with the contract. Payment of said reduction will be held until satisfactory resolution has been made. Upon receipt and approval on contractor's invoice the agency will issue one monthly payment to the contractor.

**PAYMENT WILL BE MADE ONLY UPON APPROVAL OF:**
Deputy Warden or designee

### Taxes

Before the contract may be approved, La. R.S. 39:1624(A)(10) requires the Office of State Procurement to determine that the Contractor is current in the filing of all applicable tax returns and reports and in the payment of all taxes, interest, penalties, and fees owed to the state and collected by the Department of Revenue. The Contractor shall provide its seven-digit LDR Account Number to the State for this determination. The State's obligations are conditioned on the Contractor resolving any identified outstanding tax compliance discrepancies with the Louisiana Department of Revenue within seven (7) days of such notification. If the Contractor fails to resolve the identified outstanding tax compliance discrepancies within seven days of notification, then the using agency may proceed with alternate arrangements without notice to the Contractor and without penalty.

### Termination for Cause

Should the State determine that the Contractor has failed to comply with the Contract's terms, the State may terminate the Contract for cause by giving the Contractor written notice specifying the Contractor's failure. If the State determines that the failure is not correctable, then the Contract shall terminate on the date specified in such notice. If the State determines that the failure may be corrected, the State shall give a deadline for the Contractor to make the correction. If the State determines that the failure is not corrected by the deadline, then the State may give additional time for the Contractor to make the corrections or the State may notify the Contractor of the Contract termination date.

If the Contractor seeks to terminate the Contract, the Contractor shall file a complaint with the Chief Procurement Officer under La. R.S. 39:1672.2-1672.4.

### Termination for Convenience

State may terminate the Contract at any time without penalty by giving thirty (30) days written notice to the Contractor of such termination or negotiating with the Contractor a termination date. Contractor shall be entitled to payment for deliverables in progress, to the extent the State determines that the work is acceptable.

### Remedies for Default

Any claim or controversy arising out of this contract shall be resolved by the provisions of LSA - R.S. 39:1672.2 - 1672.4.

### Other Remedies

If the Contractor fails to perform in accordance with the terms and conditions of this Contract, or if any lien or claim for damages, penalties, costs and the like is asserted by or against the State, then, upon notice to the Contractor, the State may pursue all remedies available to it at law or equity, including retaining monies from amounts due the Contractor and proceeding against any surety of the Contractor.

### Governing Law

This Contract shall be governed by and interpreted in accordance with the laws of the State of Louisiana, including but not limited to La. R.S. 39:1551-1736; rules and regulations; executive orders; standard terms and conditions, special terms and conditions, and specifications listed in the RFP(if applicable); and this Contract. Venue of any action brought, after exhaustion of administrative remedies, with regard to this Contract shall be in the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Rev 2.2021

## E-Verify

Contractor acknowledges and agrees to comply with the provisions of La. R.S. 38:2212.10 and federal law pertaining to E-Verify in the performance of services under this Contract.

## Record Ownership

All records, reports, documents and other material delivered or transmitted to Contractor by State shall remain the property of State, and shall be returned by Contractor to State, at Contractor's expense, at termination or expiration of the Contract. All material related to the Contract and/or obtained or prepared by Contractor in connection with the performance of the services contracted for herein shall become the property of State, and shall be returned by Contractor to State, at Contractor's expense, at termination or expiration of the Contract.

## Contractor's Cooperation

The Contractor has the duty to fully cooperate with the State and provide any and all requested information, documentation, etc. to the state when requested. This applies even if this Contract is terminated and/or a lawsuit is filed. Specifically, the Contractor shall not limit or impede the State's right to audit or shall not withhold State owned documents.

## Assignability

Contractor may assign its interest in the proceeds of this Contract to a bank, trust company, or other financial institution. Within ten calendar days of the assignment, the Contractor shall provide notice of the assignment to the State and the Office of State Procurement. The State will continue to pay the Contractor and will not be obligated to direct payments to the assignee until the State has processed the assignment.

Except as stated in the preceding paragraph, Contractor shall only transfer an interest in the Contract by assignment, novation, or otherwise, with prior written consent of the State. The State's written consent of the transfer shall not diminish the State's rights or the Contractor's responsibilities and obligations.

## Right to Audit and Record Retention

Any authorized agency of the State (e.g. Office of the Legislative Auditor, Inspector General's Office, etc.) and of the Federal Government has the right to inspect and review all books and records pertaining to services rendered under this contract for a period of five years from the date of final payment under the prime contract and any subcontract. The Contractor and subcontractor shall maintain such books and records for this five-year period and cooperate fully with the authorized auditing agency. Contractor and subcontractor shall comply with federal and state laws authorizing an audit of their operations as a whole, or of specific program activities.

## Fiscal Funding

The continuation of this contract is contingent upon the appropriation of funds to fulfill the requirements of the contract by the legislature. If the legislature fails to appropriate sufficient monies to provide for the continuation of the contract, or if such appropriation is reduced by the veto of the Governor or by any means provided in the appropriations act to prevent the total appropriation for the year from exceeding revenues for that year, or for any other lawful purpose, and the effect of such reduction is to provide insufficient monies for the continuation of the contract, the contract shall terminate on the date of the beginning of the first fiscal year for which funds are not appropriated.

**Non-Discrimination**

Contractor agrees to abide by the requirements of the following as applicable and amended: Title VI of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1964; Equal Employment Opportunity Act of 1972; Federal Executive Order 11246; the Rehabilitation Act of 1973; the Vietnam Era Veteran's Readjustment Assistance Act of 1974; Title IX of the Education Amendments of 1972; Age Discrimination Act of 1975; Fair Housing Act of 1968; and, Americans with Disabilities Act of 1990.

Contractor agrees not to discriminate in its employment practices, and shall render services under this contract without regard to race, color, religion, sex, sexual orientation, national origin, veteran status, political affiliation, disability, or age in any matter relating to employment. Any act of discrimination committed by Contractor, or failure to comply with these statutory obligations when applicable shall be grounds for termination of this contract.

**Continuing Obligation**

Contractor has a continuing obligation to disclose any suspensions or debarment by any government entity, including but not limited to General Services Administration (GSA). Failure to disclosed may constitute grounds for suspension and/or termination of the Contract and debarment from future Contracts.

**Eligibility Status**

Contractor, and each tier of Subcontractors, shall certify that it is not on the List of Parties Excluded from Federal Procurement or Non-procurement Programs promulgated in accordance with E.O.s 12549 and 12689, "Debarment and Suspension," as set forth at 24 CFR part 24.

**Confidentiality**

Contractor shall protect from unauthorized use and disclosure all information relating to the State's operations and data (e.g. financial, statistical, personal, technical, etc.) that becomes available to the Contractor in carrying out this Contract. Contractor shall use protecting measures that are the same or more effective than those used by the State. Contractor is not required to protect information or data that is publicly available outside the scope of this Contract; already rightfully in the Contractor's possession; independently developed by the Contractor outside the scope of this Contract; or rightfully obtained from third parties.

Under no circumstance shall the Contractor discuss and/or release information to the media concerning this project without prior express written approval of the State.

**Amendments**

Any modification to the provisions of this Contract shall be in writing, signed by all parties, and approved by the required authorities.

**Prohibition of Discriminatory Boycotts of Israel**

In accordance with R.S. 39:1602.1, for any contract for $100,000 or more and for any contractor with five or more employees, the Contractor certifies that neither it nor its subcontractors are engaged in a boycott of Israel, and that the Contractor and any subcontractors shall, for the duration of this contract, refrain from a boycott of Israel. The State reserves the right to terminate this contract if the Contractor, or any Subcontractor, engages in a boycott of Israel during the term of this contract.

**Cybersecurity Training**

In accordance with La. R.S. 42:1267(B)(3) and the State of Louisiana's Information Security Policy, if the Contractor, any of its employees, agents, or subcontractors will have access to State government information technology assets, the Contractor's employees, agents, or subcontractors with such access must complete cybersecurity training annually, and the Contractor must present evidence of such compliance annually and upon request. The Contractor may use the cybersecurity training course offered by the Louisiana Department of State Civil Service without additional cost or may use any alternate course approved in writing by the Office of Technology Services.

For purposes of this Section, "access to State government information technology assets" means the possession of credentials, equipment, or authorization to access the internal workings of State information technology systems or networks. Examples would include but not be limited to State-issued laptops, VPN credentials to credentials to access the State network, badging to access the State's telecommunications closets or systems, or permissions to maintain or modify IT systems used by the State. Final determination of scope inclusions or exclusions relative to access to State government information technology assets will be made by the Office of Technology Services.

**Code Of Ethics**

The Contractor acknowledges that Chapter 15 of Title 42 of the Louisiana Revised Statutes (R.S. 42:1101 et. seq., Code of Governmental Ethics) applies to the Contracting Party in the performance of services called for in this Contract. The Contractor agrees to immediately notify the state if potential violations of the Code of Governmental Ethics arise at any time during the term of this Contract.

**Contract Approval**

This contract is not effective until executed by all parties and approved in writing by the Office of State Procurement, in accordance with LSA-R.S.39:1595.1.

THUS DONE AND SIGNED AT Baton Rouge, Louisiana on the day, month and year first written above. IN WITNESS WHEREOF, the parties have executed this Agreement as of this day (*enter date* 27 May 2021 )

**WITNESSES SIGNATURES:**

_[signature]_

_[signature]_

_[signature]_

_[signature]_

**STATE AGENCY SIGNATURES:**

BY: _[signature]_

**Thomas C. Bickham III, Undersecretary**

**CONTRACTOR SIGNATURE**

BY: _[signature]_

Gregory S. Seal, MD
**(PRINT NAME UNDER SIGNATURE)**

TAX I.D.# 27-3435163

TELEPHONE NUMBER (318) 393-1119

Rev 2.2021

# ATTACHMENT

## SCOPE OF WORK

**Contract Objectives:**
Contractor will conduct interviews, perform assessments and recommend/perform treatment; prescribe medications; complete necessary medical charts and/or reports as required by the Medical Director or Warden.

**Measures of Performance:**
Average 45 offenders treated per month. Average up to 32 hours per month.

**Monitoring Plan:**
R.S. 15:831 – The Secretary of Department of Corrections shall establish and prescribe standards for health, medical and dental services for each institution, including preventative, diagnostic and therapeutic measures for both outpatient and hospital for all types of patients.

Review of medical charts and/or reports by the Medical Director or Warden; C-05-003 audits; C-05-001 monthly reports documented to maintain ACA accreditation.

Contractor will be monitored by the number of hours worked and by sign-in sheets and logbook entries.

**Monitoring of contract objectives will be performed by:**
Dan Acklin, Administrative Program Director, Contract Performance Coordinator

**STATE OF LOUISIANA**
**DIVISION OF ADMINISTRATION**
BA-22 (Revised 7/2020)

| | | | |
|---|---|---|---|
| Date: 5/5/2021 | Dept/Budget Unit/Program #: | DPS&C / 414 (DWCC) / 2000 | |
| Dept/Agency/Program Name: | DPS&C / 414 (DWCC) / Incarceration | Purchase Order/Contract #: | |
| Agency/Program BA-22 #: | | Agency/Program Contract #: | |

| | | | |
|---|---|---|---|
| Fiscal Year for this BA-22: | 2021-2022 (yyyy-yy) | BA-22 Start/End Dates: | 07/01/21 (Start Date) — 06/30/22 (End Date) |
| Multi-year Contract (Yes/No): | No | If "Yes", provide contract dates: | (Start Date) — (End Date) |

Dr. Gregory S. Seal
(Contractor/Vendor Name)

0310066839
(Contractor/Vendor No.)

Provide mental health services to offenders housed at DWCC.
(Provide a statement of "Services Provided")

| | | | |
|---|---|---|---|
| Contract Amendment (Yes/No): | No | Amendment Start/End Dates: | (Start Date) — (End Date) |
| Contract Cancellation (Yes/No): | No | Date of Cancellation: | |

(Provide rationale for amendment or cancellation)

### This information is to be provided at the Agency/Program Level

| MEANS OF FINANCING | Current Year | % | Total Contract | % |
|---|---|---|---|---|
| State General Fund | $61,440.00 | % | $61,440.00 | 100% |
| Interagency Transfers | $0.00 | % | $0.00 | 0% |
| Fees and Self Gen. | $0.00 | % | $0.00 | 0% |
| Statutory Dedication | $0.00 | % | $0.00 | 0% |
| Federal | $0.00 | % | $0.00 | 0% |
| TOTALS | $61,440.00 | % | $61,440.00 | 100% |

*Specify Source (i.e., grant name, fund name, (AT sending agency and revenue source, fee type and source, etc.)
Are revenue collections for funds utilized above in line with budgeted amounts? (Yes/No)
If not, explain.

### This information is to be provided at the Agency/Program Level

| | |
|---|---|
| Name of GL /Category: | Professional Services |
| GL/Category Number: | 5510007 |
| Amount Budgeted: | $199,238.00 |
| Amount Previously Obligated: | $0.00 |
| Amount this BA-22: | $61,440.00 |
| Balance: | $137,798.00 |

The approval of the aforementioned contract will not cause this agency/program to be placed in an Object Category deficit.

| | | | |
|---|---|---|---|
| Agy/Prg Contact: | | Reviewed/Approved By: | |
| Name: | Dan Acklin | Name: | Tisha Amy |
| Title: | Administrative Director | Title: | Budget Analyst |
| Phone: | (318) 927-0408 | Phone: | (225) 342-7451 |

**FOR AGENCY USE ONLY**

| COST CENTER | FUND | G/L | ORDER # | GRANT # | WBS ELEMENT | AMOUNT |
|---|---|---|---|---|---|---|
| 4142034100 | 4140000000 | 5510007 | | | | $61,440.00 |



# Vendor Profile Data

| Company Data | | |
|---|---|---|
| Company Name / Full Name | GREGORY SCOTT SEAL MD | |
| Vendor ID | 310066839 | |
| Domicile / Physical Address | Street Address | 627 UNADILLA ST |
| | City | SHREVEPORT |
| | State | LA |
| | Parish/County | CADDO |
| | Zip Code | 71106 |
| | Country | US |
| Business Type | Sole Proprietorship | |
| Publicly Traded | No | |
| All applicable federal, state, and payroll taxes have been paid and are current | Yes | |

| Leadership and Governance Data | |
|---|---|
| Owners | Gregory Seal |
| Board of Directors | |
| Corporate Officers | |

| Ownership Demographics | | | |
|---|---|---|---|
| Percent Ownership by Race | White / Caucasian | 100.00 | |
| | Black / African American | 0.00 | |
| | American Indian / Native Alaskan | 0.00 | |
| | Asian | 0.00 | |
| | Pacific Islander / Native Hawaiian | 0.00 | |
| | Other | 0.00 | |
| | Publicly Traded | | |
| Percent Ownership by Ethnicity | Hispanic or Latino | 0.00 | |
| | Not Hispanic or Latino | 100.00 | |
| | Publicly Traded | | |
| Percent Ownership by Women | | 0.00 | |
| Percent Ownership by Veterans | | 100.00 | |
| Percent Ownership by Louisiana Residents | | 100.00 | |

| DBE Certification | |
|---|---|
| MBE | ☐ |
| MWBE | ☐ |

| WWBE | ☐ |
|---|---|
| WMBE or Other DBE | ☐ |

| Agent and Lobbyist Information |
|---|

Last Review: 05/20/2020 11:57:10
By: GREGORY Seal

# Contract Review – Agency Request Form
Revised: 03/18

STATE CIVIL SERVICE

## FOR CIVIL SERVICE USE ONLY

| Effective Date of Contract | Approval Date | |
|---|---|---|
| | SCS Commission Approval (if required) | SCS Approval (Initial and Date) |

**Comments**

---

**COMPLETE THE FOLLOWING INFORMATION FOR REQUESTS DEALING WITH THE CONTRACTING OF STATE SERVICES AND/OR STATE PERSONNEL**

| Agency Name | Personnel Area Number | Agency Number |
|---|---|---|
| DPS&C-Correction Services – David Wade Correctional Center | 0414 | 0400 |

### CONTRACT INFORMATION

| Contract # | Name of Contractor |
|---|---|
| | Dr. Gregory S. Seal |

**Is this an amendment to an existing contract?** **If yes, OCR # (if applicable)**

Yes ☐    No ☒

| Start Date of Contract | End Date of Contract/Amendment | Dollar Amount of Contract (Including Amendment) |
|---|---|---|
| 07/01/2020 | 06/30/2021 | $61,440.00 |

### CONTRACT DETAILS PROVIDED BY AGENCY TO SCS
*Provide a brief overview of services to be performed to include the following:*

**Services to be replaced/provided by a contractor:**

Provide mental health services to offenders housed at David Wade Correctional Center as required by LA RS 15:831.

**Advantages of contracting out services:**

ToA full time civil service employee would not be cost effective. Contractor is needed twice per month.

**Justification for contracting out services:**

LA RS 15:831 requires the facility to provide mental health services to offenders housed at David Wade Correctional Center.

### POTENTIAL IMPACTS ON CLASSIFIED STATE EMPLOYEES

**Will this contract result in the removal of responsibilities from one or more classified state employees?**

Yes ☐    No ☒

**Will this contract establish a relationship wherein an employee or official of the state takes the following actions:**

| | | |
|---|---|---|
| Determines the work hours of the person performing the contractual services | Yes ☐ | No ☒ |
| Determines the day to day duties of that person | Yes ☐ | No ☒ |
| Approves the absences from the work place of that person | Yes ☐ | No ☒ |

Page 1 of 2
Contract Review – Agency Request Form

*If the answer to all of the previous four questions is "NO," please email this completed form to DSCScontractreview@la.gov or send it in PROACT for SCS approval. If the answer to any of the questions is "YES," please complete the "Notification of SCS Commission's Authority on Contracts" portion of the form and then submit two copies of the proposed contract with this form to the Department of State Civil Service, Employee Relations Division, P.O. Box 94111, Baton Rouge, LA 70804-9111.*

## NOTIFICATION OF SCS COMMISSION'S AUTHORITY ON CONTRACTS

An agency requesting approval of an outsourcing contract which will result in the involuntary displacement of a classified employee must have the State Civil Service Commission's approval as provided in Civil Service Rule 2.9(h). The Commission will review all request for contract approval under the following guidelines:

1. The Commission will review all contracts that directly affect civil service employees within in a reasonable period of time to the contract's implementation.
2. The Commission will ensure that classified employees are competitively selected on the basis of merit, free from political influence, and will protect classified employees from dismissal or disciplinary actions for religious or politically-motived reasons.
3. The Commission will approve contracts that are entered into for reasons of efficiency and economy, provided that the decision to privatize is made without political motivation as to the civil servants.
4. The Commission will request all documents from the agency which are necessary to determine if any classified employee will be involuntarily displaced from civil service and if so, whether the contract was entered into for reasons of efficiency and economy and not for politically-motivated reasons.
5. The Commission will not determine whether a service should or could be provided within the classified system, whether the contract is in the best interest of the State, or whether the fiscal restraints presented by the state justify privatization.
6. The Commission will challenge in the court system of Louisiana any contract that it has good cause to believe was entered into as a pretext for the discriminatory dismissal or treatment of civil servants for religious or political reasons.

## APPOINTING AUTHORITY ACKNOWLEDGEMENT FOR CONTRACTS REQUIRING SCS COMMISSION APPROVAL

*I hereby acknowledge that I have reviewed the information listed above pertaining to the authority of the Civil Service Commission in relation to contracts and further verify, to the best of my knowledge, that the proposed contract has been entered into for reasons of efficiency and economy and not for politically motivated reasons.*

| Name of Appointing Authority | Date |
|---|---|
|  |  |

| Title of Appointing Authority |
|---|
|  |

## AGENCY INFORMATION

| Signature of Appointing Authority or Designee | Date |
|---|---|
| /s/ W. Goreh, Warden | June 04, 2021 |

**Title of Person Signing this Request**
Warden

### Contact Information (Human Resources Contact)

| Name | Dan Acklin | | |
|---|---|---|---|
| Email | Dan.Acklin@LA.GOV | Phone Number | 318-927-0408 |

Page 2 of 2
Contract Review – Agency Request Form

## LOUISIANA STATE BOARD OF MEDICAL EXAMINERS
### WALLET CARD

SIGN CARD IN SPACE PROVIDED. LICENSEES SHOULD KEEP THIS CARD WITH THEM.

---

**LOUISIANA STATE BOARD OF MEDICAL EXAMINERS**
P.O. Box 30250, New Orleans, LA 70190-0250

Discipline: **PHYSICIAN & SURGEON**
*Credentialing Entity: For verifications go to www.lsbme.la.gov
Expiration Date : **09/30/2021**
License # : **MD.021174**

**GREGORY S. SEAL**
**627 UNADILLA STREET**
**SHREVEPORT LA 71106**

_____
SIGNATURE OF LICENSEE
CARD MUST BE SIGNED TO BE VALID

For information, forms, verifications or to update your contact information please visit our website at

www.lsbme.la.gov

## Department of Public Safety & Corrections
### State of Louisiana
#### David Wade Correctional Center

JOHN BEL EDWARDS  
GOVERNOR



JAMES M. LE BLANC  
SECRETARY

May 6, 2021

Ms. Pamela Bartfay Rice, Esq.  
Assistant Director, Professional Contracts  
DOA-Office of State Procurement  
P.O. Box 94095  
Baton Rouge, LA 70804-9095

Dear Ms. Rice,

The following contract is being submitted to your office this date for review and approval in accordance with Louisiana Revised Statute 39:1623 et. Seq. and the rules and regulations adopted pursuant thereto.

| | |
|---|---|
| **Submitting Agency:** | Department of Public Safety & Corrections, Corrections Services, David Wade Correctional Center |
| **Contractor:** | Dr. Gregory S. Seal |
| **Contract Amount:** | $61,440.00 |
| **Previous PO #:** | 2000492087 |

Upon approval of said contract, please return to:

*David Wade Correctional Center*  
*Attn: Dan Acklin, Administrative Director*  
*670 Bell Hill Road*  
*Homer, LA 71040*

If additional information is needed, please call (318) 927-0408.

Thanking you in advance for your cooperation concerning this matter, I am.

*[signature]*

Dan Acklin  
Administrative Director  
David Wade Correctional Center  
670 Bell Hill Road  
Homer, LA 71040

# Department of Public Safety & Corrections
## State of Louisiana

JOHN BEL EDWARDS
GOVERNOR



JAMES M. LE BLANC
SECRETARY

**June 28, 2021**

Ms. Pamela Bartfay Rice, Esq.
Assistant Director, Professional Contracts
DOA-Office of State Procurement
P. O. Box 94095
Baton Rouge, Louisiana 70804-9095

Dear Ms. Rice:

In reference to the enclosed contract, pursuant to La. R.S. 39:1623, we do certify the following:

1. Either no employee of our agency is both competent and available to perform the services called for by the proposed contract or the services called for are not the type readily susceptible of being performed by persons who are employed by the state on a continuing basis;
2. The services are not available as a product of a prior or existing professional, personal, consulting, or social services contract;
3. When applicable, the requirements for consulting or social services contracts, as provided for under Louisiana Revised Statutes Title 39:1595(B) have been complied with.
4. The *(Department of Public Safety and Corrections)* has developed and fully intends to implement a written plan providing for:
    - a. The assignment of *Administrative Director, or designee* to a monitoring and liaison function; **and**
    - b. The periodic review of interim reports or other indicia of performance to date; **and**
    - c. The ultimate use of the final product of the services.
5. A cost-benefit analysis has been conducted which indicates that obtaining such services from the private sector is more cost-effective than providing such services by the agency itself or by an agreement with another state agency and includes both a short-term and long-term analysis and is available for review.
6. The cost basis for the proposed contract is justified and reasonable.
7. A description of the specific goals and objectives, deliverables, performance measures and a plan for monitoring the services to be provided are contained in the proposed contract.
8. An inquiry has been conducted to determine if the contract outsources a key internal control of the agency. The results have been documented in the agency's files and are available for review, upon request. If warranted, the RFP and contract have included provisions which address the need for assurances and/or monitoring of the key internal control.
9. **The Board of Regents has been notified in accordance with R.S. 39:136 of services that are the type readily susceptible of being performed by persons who are employed by or who are students of a postsecondary institution of the state.**

Sincerely,

*Daniel Acklin*

**Daniel Acklin
Administrative Director**