**MINUTE ENTRY**
**October 8, 2021**

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ANTHONY TELLIS, ET AL. | CIVIL ACTION NO. 18-541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

On Tuesday, October 5, 2021, the Court reached out to the attorneys about their availability for the week of August 1, 2022. The attorneys informed the Court that they could be available that week. Considering the attorneys' availability and the Court having a scheduling conflict, the potential remedy trial is **RESET** to **July 25–29, 2022** and **August 1–5, 2022**.

**IT IS SO ORDERED.**

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE