MINUTE ENTRY
November 16, 2021

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ANTHONY TELLIS, ET AL. | CIVIL ACTION NO. 18-541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

The Court has been informed that the parties have voluminous exhibits to introduce at the trial of this matter. Indeed, one party has informed the Court that it has objected to exhibits that total over 50,000 pages. The Court would remind the parties that each side will be required to demonstrate through the testimony of a witness the relevance of each page of exhibits offered into evidence notwithstanding the authenticity of said documents. Thus, the Court will not allow in globo introduction of voluminous documents into evidence.

Additionally, the pretrial conference in this matter will be conducted by Zoom Videoconference. The Court will send the Zoom invites directly to counsel. In accordance with the scheduling order, the parties are reminded of the Court's general rule about sending to chambers a hard copy of any exhibits to which that party noted objections in the pretrial order. But considering the voluminous nature of the exhibits, a telephone status conference is hereby **SET** for **November 18, 2021**, at **9:00 a.m.** to discuss this matter further. The call-in information has been emailed to counsel.

**IT IS SO ORDERED.**

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE