# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

**ANTHONY TELLIS, ET AL.**     **CASE NO. 5:18-CV-00541**

**VERSUS**     **JUDGE ELIZABETH E. FOOTE**

**JAMES M. LEBLANC, ET AL.**     **MAGISTRATE JUDGE HORNSBY**

## MINUTES OF COURT:
Bench Trial – Day 4 (held via zoom)

| | | | |
|---|---|---|---|
| Date: | January 13, 2022 | Presiding: | Judge Elizabeth E. Foote |
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Kathy Keifer |
| Court Adjourned: | 5:50 p.m. | Court Reporter: | Jodi Terry |
| Statistical Time: | 08:00 | Courtroom: | Zoom Recording |

## APPEARANCES

| | | |
|---|---|---|
| Melanie Bray, Jonathan Trunnell, Emma Douglas, Katie Schwartzmann, Kyle Potts, Elizabeth Roussel, Nishi Kumar, Jamila Johnson, Rebecca Ramaswamy, Samantha Bosalavage | For | Advocacy Center of Louisiana, Bruce Charles, Carlton Turner, et al. and all similarly situated prisoners at DWCC, Plaintiffs |
| Connell Archey, Randal Robert, Keith Fernandez, Madaline King | For | James M. LeBlanc, Jerry Goodwin, LA Dept of Public Safety & Corrections, Lonnie Nail, Gregory Seal, Deborah Dauzat, Aerial Robinson, Johnie Adkins, Steve Hayden, Defendants |
| Jonathan Ray Vining, General Counsel | For | LA Dept of Public Safety & Corrections, Defendant |

## PROCEEDINGS

Testimony/Evidence for Plaintiffs continued

**RULINGS/COMMENTS:**

This trial was held via zoom video conference. Plaintiffs continued their case-in-chief.

The Court inquired as to the new joint exhibit books to be delivered to the Court. Counsel advised there was a delay per information from Federal Express. The Court notes that it has now received the package.

At this time, the parties have not agreed to the time to allocate to each party regarding the written deposition transcripts of Demarcus Thomas, Bruce Fuller, and Johnie Adkins. The parties agreed that the proper calculation is one minute per page. The Court ordered the parties to agree on the calculation by Tuesday. The Court will read those deposition transcripts outside of these proceedings, and they will not be read on the record. The transcripts will be made part of the public record. The parties had no objection to proceeding in that manner. Plaintiffs designated exhibit numbers to the written deposition transcripts, and the Court admitted those exhibits.

Attached to these minutes are the admitted exhibits entered on this date, which were approved by the parties.

The Court also directed the parties to extract the stipulations contained within the pretrial order and submit the stipulations as a separate filing. The filing should be signed by counsel for both sides.

Plaintiffs attempted to call Erik Scriber, a witness under the control of Defendants, to the stand. Mr. Scriber was prepared to testify from DWCC. However, over the lunch break, counsel for Defendants informed the Court that Mr. Scriber was notified that he tested positive for Covid-19. The Court expressed that it has no issue with taking witnesses out of order. Accordingly, Mr. Scriber will testify at a later date.

Court adjourned at 5:50 p.m. and will resume at 9:00 a.m. on Tuesday, January 18, 2022.