P-GGG-207
P-NNN-02
P-NNN-31
P-NNN-60
P-NNN-15
P-NNN-37
P-NNN-10
P-NNN-11
P-NNN-12
P-NNN-03
P-NNN-07
P-NNN-17
P-NNN-20
P-NNN-24
P-NNN-25
P-NNN-26
P-NNN-34
P-NNN-41
P-NNN-43
P-NNN-06
P-NNN-33
P-NNN-35
P-LL-151
P-LL-48
P-LL-363
P-FF-47
P-DD-03
P-DD-05
P-DD-06
P-TTT-3 THROUGH 10
P-F-07
P-F-08