# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 26, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-90048   Charles v. LeBlanc
                     USDC No. 5:18-CV-541

Enclosed is an order entered in this case.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Allison G. Lopez, Deputy Clerk
                             504-310-7702

Ms. Melanie Ann Bray
Mr. Robert W. Cobbs
Mr. Ronald Kenneth Lospennato
Mr. Tony R. Moore
Mr. Randal James Robert
Mr. Jonathan Cameron Trunnell

# United States Court of Appeals
## for the Fifth Circuit

---

No. 21-90048

---

A True Copy
Certified order issued Apr 26, 2022

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

BRUCE CHARLES, *on behalf of* HIMSELF AND ALL OTHER SIMILARLY SITUATED PRISONERS AT DAVID WADE CORRECTIONAL CENTER; ADVOCACY CENTER OF LOUISIANA,

*Plaintiffs—Respondents*,

*versus*

JAMES M. LEBLANC, SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; JERRY GOODWIN, WARDEN, DAVID WADE CORRECTIONAL CENTER; LONNIE NAIL, COLONEL; GREGORY SEAL, DOCTOR; DEBORAH DAUZAT, ASSISTANT WARDEN; STEVE HAYDEN; AERIAL ROBINSON; JOHNIE ADKINS; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

*Defendants—Petitioners*.

---

Motion for Leave to Appeal
under FED. R. CIV. P. 23(F)
USDC No. 5:18-CV-541

---

Before SOUTHWICK, GRAVES, and COSTA, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the opposed motion for leave to appeal under FED. R. CIV. P. 23(F) is DENIED.

IT IS FURTHER ORDERED that petitioners' opposed motion to stay trial court proceedings pending appeal is DENIED as moot.

IT IS FURTHER ORDERED that petitioners' motion for expedited consideration of the motion for leave to appeal is DENIED.