UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY TELLIS, ET AL | CIVIL ACTION NO. 18-cv-541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the court are Defendants' Motion to Expedite and Motion for Protective Order (Doc. 593) and Plaintiffs' Cross Motion for Protocol for Expert Site Visit, Motion to Expedite, and Motion for Status Conference. Doc. 594. The motions concern Plaintiffs' expert witness site visit scheduled to occur at DWCC beginning Monday, June 27, 2022 at 8:00 a.m. The court has read all of the briefs.

The issue is whether Plaintiffs' experts will have access to medical records in real time during the site visit. Defendants argue that allowing Plaintiffs' experts to review new records during their site visit would circumvent this court's limitation on discovery in the court's June 21, 2022 Memorandum Order limiting the newly identified medical records Defendants must produce in discovery. Plaintiffs argue that Defendants are conflating two separate issues: a site visit and an order limiting new discovery production. Plaintiffs also argue that there was no reason for them to anticipate that this expert site visit would not be conducted using the same procedure that was used during the prior two site visits.

Both parties' motions to expedite are granted. Defendants' motion for protective order is denied. Plaintiffs' motion for a status conference is denied. Plaintiffs' motion for

protocol for Plaintiffs' expert witness site visit is granted. The parties are ordered to use the same procedures during this site visit that were used in the Plaintiffs' experts' prior site visits. Plaintiffs' counsel will provide a list of prisoners whom the experts want to interview, then Defendants will bring the up-to-date medical and mental health records for those individuals to the visitation room. This procedure does not violate the letter or spirit of the court's prior Memorandum Order. It is so ordered.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 24th day of June, 2022.

Mark L. Hornsby
U.S. Magistrate Judge