UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY TELLIS and BRUCE CHARLES on behalf of themselves and all others similarly situated | JUDGE ELIZABETH E. FOOTE <br> USMJ MARK L. HORNSBY |
| VERSUS | |
| JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, JERRY GOODWIN, Warden of David Wade Correction Center COL. VINCENT COLEMAN; DOCTOR GREGORY SEAL; ASSISTANT WARDEN DEBORAH DAUZAT; STEVE HAYDEN; AERIAL ROBINSON; JOHNIE ADKINS; and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | CIVIL ACTION <br><br> NO.: 5:18-CV-00541-EEF-MLH |

## **ORDER**

Considering Defendants' Motion for Protective Order Pursuant to Rule 26(c) Regarding Plaintiffs' Noticed Remedy Depositions:

IT IS HEREBY ORDERED that Defendants' Motion for Protective Order pursuant to Rule 26(c) is GRANTED, and Plaintiffs will be limited to deposing these individuals once for the Phase II proceeding.

IT IS FURTHER ORDERED that Notice of Deposition of Natalie LaBorde is QUASHED.

SO ORDERED on this _____ day of _____, 2022

_____
JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA