**MINUTE ENTRY**
**July 15, 2022**

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ANTHONY TELLIS, ET AL. | CIVIL ACTION NO. 18-541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

Due to a scheduling conflict, the scheduled start date of the remedy hearing is **RESET** to **Wednesday, November 2, 2022**.

**IT IS SO ORDERED.**

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE