UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY TELLIS, ET AL | CIVIL ACTION NO. 18-cv-541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the court is **Plaintiffs' Motion for Protective Order. Doc. 606.** The motion seeks to quash or modify a Rule 30(b)(6) deposition notice of Plaintiff, DRLA, because, among other arguments, the topics are premature, beyond the scope of permitted discovery, and seek information protected by the attorney-client privilege and work product immunity. Defendants argue that DRLA is attempting to rehash arguments the court previously rejected.

The deposition is set for July 27, 2022, so the court granted expedited consideration. For the reasons set forth below, the motion is granted in part and denied in part.

Topic 1: Granted in part. This request is vague and overbroad. The topic is revised to seek testimony regarding whether any of the current conditions and/or changes made at DWCC that occurred since the filing of this lawsuit have resolved any of the issues identified in the complaint as amended. Brazos River Authority v. GE Iconics, 469 F.3d 416, 433 (5th Cir. 2006)("This extends not only to facts, but also to subjective beliefs and opinions.").

Topic 2:  Granted.  The information sought is premature.  The court has not yet issued the Phase 1 ruling.

Topic 3:  Granted.  The topic is too vague.

Topic 4:  Granted in part.  "Documents requested through discovery" is too vague.  Part of this topic will overlap with modified Topic 1.  The Phase 1 ruling aspect is premature.

Topics 5 and 6:  Denied.  These are proper topics, which overlap with modified Topic 1.

Topic 7:  Denied.  This is a proper topic.

Topic 8:  Denied.  This overlaps with modified Topic 1.

Topic 9:  Granted.  Attorney-client privileged and work product immunity.

Topics 10 and 11:  Granted.  Premature.

Defendants' request for sanctions or fees is denied.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 25th day of July, 2022.

Mark L. Hornsby
U.S. Magistrate Judge