RECEIVED

SEP 1 4 2022

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**BRUCE CHARLES, et. al.**

**CIVIL ACTION No.5:18-CV-541**

**And**

**SECTION_____**

**THE ADVOCACY CENTER**
**OF LOUISIANA**
**Plaintiffs**

**JUDGE ELIZABETH FOOTE**

**MAGISTRATE, MARK HORNSBY**

**vs.**

**JAMES LEBLANC, et.al.**
**Defendants**

**CIVIL CLAIMS**

## MOTION FOR LEAVE OF THE COURT TO

## FILE AMICUS CURIAE MEMORANDUM

**NOW INTO COURT,** comes Monotor Pete, In Proper Person,and was an inmate at David Wade

Correctional Center(DWCC)who respectfully moves this court forthwith;

**1.**

Mover saws an inmate at DWCC from April 12,2022, to July 25,2022, and  who witness & experienced

firsthand many of the abuses at DWCC.

**2.**

Petitioner is seeking to provide additional insight and information as to DWCC and DPSC practices,

and why there should be independent oversight that is answerable only to the Court

**3**

Petitioner believes that if an "Independent Court Appointed Monitor" is not appointed, the tax paying

public via the court will be revisiting these issues again with this facility and or other DPSC facilities.

**4.**

WHEREFORE, the petitioner prays that his motion be consider and granted, though petitioner does not

have an absolute constitutional right to be heard, he believes that the additional information may

provide insight into the workings of DWCC and could bring about a more exacting ruling.

Sincerely Yours

Monotor M. Pete, #460851
P.O. Box174
St. Gabriel, La. 70776

September 5,2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed to all parties for the

represented parties to this proceeding by mailing the same to each by US mail, properly

addressed and postage prepaid on this 5th day of September, 2022, as follows;

(1) Katie Schwartzmann,
    Bruce Hamilton
    ACLU Foundation of Louisiana
    P.O.Box 56157
    New Orleans, La.70156

(2) Jeff Landry,
    Attorney General

    Butler Snow, LLP
    445 North Bl. #300
    P.O.Box 2997
    Baton Rouge, La. 70821-2997

3)  Monotor M.Pete
    P. O. Box 174
    St. Gabrial, La. 70776
    Elayn Hunt Correctional Center (EHCC)

Mr. Monotor M. Pete

Sept. 9,7022
Date