Monotor Pete #460851
P.O. Box 174
St. Gabriel, La. 70776
Elayn Hunt Correctional Center



Judge, Elizabeth Foote
300 Fannin St.
Shreveport, La. 71101-3083



RECEIVED

SEP 14 2022

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____





PRISON MAIL
NOT CENSORED, NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER