MINUTE ENTRY
November 4, 2022

**ELIZABETH E. FOOTE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| ANTHONY TELLIS, ET AL | CIVIL ACTION NO. 18-541 |
|---|---|
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

In preparation for the upcoming remedy phase of trial, the Court has three directives. First, the Court directs the parties to provide the Court with a copy of each expert report by the close of business on their respective due dates. These should be emailed to the Court's courtesy copy address at foote_motions@lawd.uscourts.gov. Second, in their findings of fact and conclusions of law, Plaintiffs are directed to discuss the specific injunctive relief and any other type of relief they will be requesting at trial. Finally, the Court directs both parties to structure their findings of fact and conclusions of law in paragraph form, rather than the numeric lists previously used. *See, e.g.,* Record Documents 572, 573. The parties should contact chambers should they have any additional questions regarding these instructions.

**IT IS SO ORDERED.**

**ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE**