MINUTE ENTRY
December 16, 2022

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ANTHONY TELLIS, ET AL. | CIVIL ACTION NO. 18-541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

On November 29, 2022, the Court received binders from Plaintiffs' counsel containing expert reports and exhibits, along with all old and new DWCC policies referenced therein. The Court found the policy key to be unhelpful for Dr. Burns's report because it does not appear that a policy is being referenced where the policy key indicates there to be specific discussion. For example, the policy key indicates that, on page 15 of her expert report, Dr. Burns references *Employee Policy Memorandum #02-02-030 Use of Restraints/Offender Control*; however, the Court observes no explicit or implicit discussion of this policy. In other places, Dr. Burns is vaguely referencing a policy, but it is not clear that the policy referenced is the one that is listed on the policy key provided. An example of this is visible on page 27, where the policy key indicates that two separate policies are being discussed. Referencing the policy key while reading page 27 of her expert report, however, fails to provide any indication as to which policy is being discussed, if one is being discussed at all. The Court directs Plaintiffs to provide clarity on this issue by **5:00 p.m. on Wednesday, December 21, 2022.** This may require a new policy key to be provided for

Dr. Burns's report. None of the other reports submitted by Plaintiffs or Defendants require further action at this time.

       **IT IS SO ORDERED.**

 

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE