**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ANTHONY TELLIS ET AL** | **CASE NO. 5:18-CV-00541** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **JAMES M LEBLANC ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## NOTICE OF MOTION SETTING

Please take notice that the Motion in Limine to Limit Questioning Regarding Prior Convictions or Potential Criminal Acts (Document No. 654) filed by Advocacy Center of Louisiana on December 27, 2022, has been referred to the Honorable Elizabeth Erny Foote.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within the time period set forth in the Scheduling Order. If no time period is set forth in the Scheduling Order, an opposition brief shall be filed within **seven (7)** days of the filing of the motion. No reply briefs may be filed without leave of court.

### No Oral Argument

It is generally the policy of this Court to decide motions on the basis of the record without oral argument. Should the Court feel oral argument is necessary, all parties will be notified. Any party may request oral argument by motion. The motion should specify the need for argument. The Court will notify all parties of its decision to grant or deny oral argument. Briefs filed in support or opposition of any pending motion should fully address all pertinent issues.

### Courtesy Copies Required

At the time of filing, an electronic copy of the motions and briefs including attachments shall be e-mailed in Word format to:

**foote_motions@lawd.uscourts.gov**

**DATE OF NOTICE: December 28, 2022**

TONY R. MOORE
CLERK OF COURT