MINUTE ENTRY
January 11, 2023

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ANTHONY TELLIS, ET AL. | CIVIL ACTION NO. 18-541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

To date, no party has requested expedited transcripts. If the parties anticipate making a request for expedited transcripts, they are instructed to contact Amy Greenwald, Deputy Clerk of Court, by **5:00 p.m. on Thursday, January 12, 2023**, to discuss the feasibility of this request. Ms. Greenwald may be contacted at (318) 934-4718.

**IT IS SO ORDERED.**

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE