UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY TELLIS, ET AL. | CIVIL ACTION NO. 18-541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons previously set forth in the Court's opinions, dated November 1, 2022 [Record Document 641] ("liability phase opinion"), and dated July 18, 2024 [Record Document 754] ("remedy phase opinion"),

Judgment is hereby entered in favor of the Plaintiffs—including the Class and Sub-Class Members—and against Defendants, Secretary of the Louisiana Department of Public Safety and Corrections James M. LeBlanc, et al. The Clerk of Court is **ORDERED** to close this matter. However, the Court retains jurisdiction over the procedures set forth in the Court's Remedial Order [Record Document 755] and any issues pertaining thereto.

**THUS DONE AND SIGNED** this 18th day of July, 2024.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE