UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY TELLIS and BRUCE CHARLES | * | JUDGE ELIZABETH E. FOOTE |
| on behalf of themselves and all others similarly | * | USMJ MARK L. HORNSBY |
| situated | * | |
| | * | |
| VERSUS | * | |
| | * | CIVIL ACTION |
| JAMES M. LEBLANC, Secretary | * | |
| of the Louisiana Department of Public Safety | * | NO.: 5:18-CV-00541-EEF-MLH |
| and Corrections, et al. | * | |

## MOTION TO STAY REMEDIAL ORDER AND JUDGMENT
## PENDING APPEAL AND FOR EXPEDITED CONSIDERATION

Defendants (the "State") move to stay this Court's Remedial Order (R.Doc. 755) and

Judgment (R.Doc. 756) pending resolution of the State's appeal to the Fifth Circuit and for

expedited consideration. The State filed its Notice of Appeal on August 2, 2024. In the event the

Court denies this Motion, the State intends to seek a stay from the Fifth Circuit. To allow the State

to do so before the 30-day period for appointing three special masters elapses, the State respectfully

requests that the Court rule upon the Motion on or before **August 7, 2024 at 5:00 p.m.**

For these reasons, and as more fully set forth in the State's Memorandum in Support of this

Motion, the Court should expedite its consideration of this Motion and stay the Remedial Order

and Judgment pending appeal.

Dated: August 2, 2024

Respectfully Submitted:

BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800

By: /s/ Randal J. Robert

Randal J. Robert (#21840), TA
Connell L. Archey (#20086)
Keith J. Fernandez (#33124)
Madaline King Rabalais (#38301)
Email: Randy.Robert@butlersnow.com
Connell.Archey@butlersnow.com
Keith.Fernandez@butlersnow.com
Madaline.Rabalais@butlersnow.com

Counsel for Defendants


## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August 2024, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Randal J. Robert
Randal J. Robert


88723344.v2

2