UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY TELLIS, ET AL. | CIVIL ACTION NO. 18-541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is the Defendants' Motion to Stay Remedial Order Pending Appeal and for Expedited Consideration [Record Document 758]. Considering the arguments and authority presented therein,

**IT IS ORDERED** that the Request for Expedited Consideration is **DENIED**. Defendants have failed to demonstrate an emergency that justifies denying Plaintiffs a full opportunity to respond to the Motion to Stay. Plaintiffs shall file a response by August 23, 2024.

**THUS DONE AND SIGNED** this 5th day of August, 2024.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE