**MINUTE ENTRY**
**December 18, 2024**

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ANTHONY TELLIS ET AL | CIVIL ACTION NO. 5:18-00541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M LEBLANC ET AL | MAGISTRATE JUDGE HORNSBY |

The Court has concerns as to the status of this case and requests clarification at the below-scheduled status conference. At this status conference, the parties should be prepared to discuss (1) the status of the appeal, (2) the status of any pending motions to stay in the Fifth Circuit, (3) the jurisdiction of this Court to act on the pending motions before it [Record Documents 758, 802, 805, and 811], and (4) the jurisdiction of this Court to enforce the injunction should it deny the pending motion to stay [Record Document 758]. The parties **do not** need to submit any filings in advance of the status conference.

A video conference is **SET** for **January 15, 2025, at 9:00 a.m.** to discuss the Court's above-outlined. The parties will be contacted directly with call-in information.

**IT IS SO ORDERED.**

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE