# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY TELLIS ET AL | CIVIL ACTION NO. 5:18-00541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M LEBLANC ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

In light of a request by the Plaintiffs to update the caption and docket sheet to reflect previously ordered changes in the identities of Plaintiffs, *see generally* Record Documents 171, 174, 201, & 201-1, **IT IS ORDERED** that the Plaintiffs' caption and docket sheet be changed to read as follows: **Bruce Charles, Carlton Turner, Ronald Brooks, Larry Jones,** and the **Advocacy Center of Louisiana** in that order.

**THUS DONE AND SIGNED** this 10th day of March, 2025.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE