**MINUTE ENTRY**
**March 27, 2025**

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| ANTHONY TELLIS ET AL | CIVIL ACTION NO. 5:18-00541 |
|---|---|
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M LEBLANC ET AL | MAGISTRATE JUDGE HORNSBY |

The video status conference previously set for **April 4, 2025**, at **9:00 a.m.** is hereby **RESET** for **April 23, 2025**, at **9:00 a.m.**, to allow for more time for the Fifth Circuit to address the pending petition for rehearing en banc in *Parker*. The parties will be contacted directly with call-in information.

**IT IS SO ORDERED.**

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE