

Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
P 225 383 3796  F 225 343 9612

keoghcox.com

ANDREW BLANCHFIELD, Partner
ablanchfield@keoghcox.com

March 31, 2025

Honorable Elizabeth Erny Foote　　　　*Via Electronic Filing and*
United States District Judge　　　　　　*Email:* Robin_Enkey@lawd.uscourts.gov
Western District of Louisiana
Shreveport Division
300 Fannin St., Suite 4100
Shreveport, Louisiana 71101

　　　　RE:　Bruce Charles, Carlton Turner, Ronald Brooks, Larry Jones,
　　　　　　　and the Advocacy Center of Louisiana
　　　　　　　v. James M. LeBlanc, et al
　　　　　　　Civil Action No. 5:18-cv-00541-EEF-MLH
　　　　　　　United States District Court for the Western District of Louisiana,
　　　　　　　Shreveport Division
　　　　　　　Keogh Cox File:  73.2231770

Dear Judge Foote:

　　　　The video status conference in this matter was recently reset for April 23, 2025, at 9:00 a.m.  Undersigned counsel is scheduled to be in a class certification hearing before the Honorable Brian Jackson in the United States Middle District in the matter of *Voice of the Experienced, et al v. James LeBlanc, et al,* Docket No. 3:23-001304, on April 23-24, 2025.  Accordingly, I respectfully request permission for my partner, C. Reynolds LeBlanc, to attend the video status conference in this matter on April 23.  A motion to enroll Mr. LeBlanc has been filed in this matter (R.Doc. 822).

　　　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　**LIZ MURRILL**
　　　　　　　　　　　　　　　　　　　　　　**Attorney General**

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　Andrew Blanchfield (#16812)
　　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General

AB:pd