UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| BRUCE CHARLES, on behalf of himself and all other similarly situated prisoners at David Wade Correctional Center, | * * * * * | CIVIL ACTION NO.: 5:18-CV-00541-EEF-MLH <br><br> JUDGE ELIZABETH E. FOOTE |
| and | * * | |
| The ADVOCACY CENTER, | * * | USMJ MARK L. HORNSBY |
| PLAINTIFFS, | * * | |
| VS. | * * | CLASS ACTION |
| JAMES M. LEBLANC, *et al.*, | | * |
| DEFENDANTS. | * * | |

**DECLARATION OF J. DALTON COURSON**

I, J. Dalton Courson, declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, based on person knowledge, as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to them.

2. I am the Litigation Director for Disability Rights Louisiana (DRLA), formerly known as the Advocacy Center.

3. I have served as co-counsel with Melanie Bray since I began working at DRLA in June 2022.

4. The billing entries attached as Exhibit A constitute a contemporaneous log of the time I expended in this matter. Much of my time in the last 10 months was devoted to countering the

efforts of defense counsel to stay the case, finding able special master candidates, and maintaining communication with class members.

5.   Since the submission of the first fee motion (ECF No. 805) I have devoted 93.3 total hours to this matter, as detailed in Exhibit A. After the exercise of billing judgment, DRLA is requesting 67.55 hours of my time, as reflected on my timesheet. I believe that this is a reasonable request given the scope of this case and the amount of work that was needed to bring this matter to a favorable outcome for our clients. I am requesting an hourly rate of $400.

6.   My total hours have been reduced by 25.75 hours to remove administrative time or time that was duplicative or potentially excessive.  The time expended and the costs incurred have been reasonable and the records submitted are an accurate reflection of my hours expended in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Orleans, Louisiana, on June 27, 2025.

_____
J. Dalton Courson

Courson Time Records

| Staff | Date | Time Worked | Time Requested | Activity |
|---|---|---|---|---|
| D. Courson | 08/16/2024 | 13.5 | 6.75 | Working on revisions and and preparing exhibits for motion for fees and costs and related bill of costs (12.5); reviewed 5th Circuit ruling on State's motion to stay (0.5); researching cases cited in 5th Circuit ruling (0.5). |
| D. Courson | 08/17/2024 | 2.5 | 1.25 | Finalizing memorandum in support of motion for fees and memorandum in support of bill of costs, with supporting exhibits. [*time reduced by 50%*] |
| D. Courson | 08/19/2024 | 3.5 | 3.5 | Reviwed and revised motion to substitute declaration (0.3); conferred with Ms. Bray regarding same (0.2); drafting motion for notice plan regarding right of class to object to fee motion under Rule 23 (3.0) |
| D. Courson | 08/20/2024 | 2 | 2 | Revising motion for notice plan regarding right of class to object to fee motion under Rule 23 (1.5); meeting with Ms. Bray regarding same (0.5) |
| D. Courson | 08/21/2024 | 2.9 | 2.9 | Reviewed defendants' reply regarding motion to stay (0.4); revising memorandum regarding motion for notice under Rule 23 and corresponding notice and conferring with Ms. Bray and Ms. Schwartmann regarding same (2.5) |
| D. Courson | 08/22/2024 | 3.8 | 3.8 | Further revising memorandum regarding motion for notice under Rule 23 and legal research regarding same (1.5); reviewed summary of argument prepared for co-counsel for potential reply memorandum (0.3); conferring with co-counsel regarding content of notice and revising same (1.0); legal research regarding notice requirements (1.0) |
| D. Courson | 08/23/2024 | 1.5 | 1.5 | Revised memorandum in support of proposed notice to class members regarding fee issue |
| D. Courson | 08/24/2024 | 0.4 | 0 | Revised memorandum in support of Rule 23(h) notice motion |
| D. Courson | 08/26/2024 | 1 | 0 | Revising memorandum support of motion regarding notice to class of fee motion (0.2); drafted accompanying motion (0.2); reviewed revisions from Ms. Schwartzmann (0.1); reviewed email from Keogh Cox firm regarding motion and request for extension and discussed same with Ms. Bray (0.2); reviewed further email regarding extension (0.2); responded to inquiry from potential monitor Pablo Stewart (0.1) |
| D. Courson | 08/27/2024 | 2.8 | 0 | Edited response to opposing counsel regarding their request for an extension (0.6); conferred with Ms. Bray regarding call with reporter (0.2); assisting with preparation of binders for the court regarding motion for fees (1.5); taking same to FedEx to ship to the Court (0.5); reviewed state's motion to stay fee motion (0.3) |
| D. Courson | 08/29/2024 | 0.4 | 0.2 | Conferred with Ms. Bray regarding calls with David Wade prisoners (0.2); conferred regarding opposition to motion to stay fee motion (0.2). [*time reduced by 50%*] |
| D. Courson | 09/03/2024 | 0.4 | 0 | Email to opposing counsel requesting calls with class members (0.2); reviewing court orders suspending deadlines and granting motion to substitute exhibit, motion for leave to file excess pages (0.2) |
| D. Courson | 09/04/2024 | 0.1 | 0 | Email to opposing counsel to schedule phone calls with class members (follow-up) |
| D. Courson | 09/05/2024 | 2.5 | 2.5 | Calls with inmates (2.2); follow-up conversation with Ms. Bray afterwards (0.3) |
| D. Courson | 09/06/2024 | 0.2 | 0 | Reviewed court order denying motion to stay plaintiffs' motion for attorney fees |
| D. Courson | 09/09/2024 | 1.6 | 1.6 | Legal research regarding substitution of class reps (1.2); email with counsel regarding same (0.4) |
| D. Courson | 09/13/2024 | 1.4 | 1.4 | Drafted memo regarding recent calls with DWCC inmates (1.0); reviewed email from opposing counsel regarding discovery request (0.1); conferred with Ms. Bray and Mr. Cobbs regarding same (0.3) |
| D. Courson | 09/16/2024 | 1.5 | 1.5 | Legal research regarding availability of discovery on fee motions (0.4); drafted letter to opposing counsel reponding to their request for discovery (0.9); emailed draft to co-counsel with explanation (0.2) |
| D. Courson | 09/17/2024 | 0.5 | 0.25 | Conferred with Ms. Bray regarding status of judge's rulings on pending motions (0.3); revised letter to opposing counsel on fee motion in response to comments from co-counsel (0.2). [*time reduced by 50%*] |
| D. Courson | 09/20/2024 | 1.5 | 0.75 | Review and analysis of court's ruling denying motion for additonal facts [*time reduced by 50%*] |
| D. Courson | 09/23/2024 | 0.2 | 0 | Email to Pablo Stewart regarding status of selection of monitors |
| D. Courson | 09/25/2024 | 0.2 | 0 | Call with Ms. Bray regarding responding to emails from opposing counsel about our position on motions relative to a stay |
| D. Courson | 09/26/2024 | 0.2 | 0 | Reviewed Judge Foote's order staying the fee motion (0.1); email to co-counsel regarding same (0.2) |
| D. Courson | 10/01/2024 | 0.2 | 0.2 | Email with Ms. Birk regarding calls to DWCC |
| D. Courson | 10/03/2024 | 1.4 | 1.4 | Prepared for and conducted inmate calls (1.0); conferred with Ms. Bray regarding same, including issue of retaliation (0.4) |
| D. Courson | 10/16/2024 | 0.1 | 0 | Email with Ms. Birk regarding incoming letters |
| D. Courson | 10/25/2024 | 0.1 | 0 | Email from Ms. Bray regarding update on Parker appeal |
| D. Courson | 10/31/2024 | 1.3 | 1.3 | Participated in calls with class members |
| D. Courson | 11/01/2024 | 0.2 | 0 | Responded to Martin Horn regarding status of the case, in response to his inquiry |
| D. Courson | 11/10/2024 | 0.1 | 0 | Email with prospective monitor Pablo Stewart regarding case status |
| D. Courson | 11/27/2024 | 0.1 | 0 | Reviewed news posting about medical care at DWCC |
| D. Courson | 12/10/2024 | 0.2 | 0 | Email exchange with Ms. Birk regarding DWCC calls; email to Keith Fernandez to request same |
| D. Courson | 12/12/2024 | 0.2 | 0 | Email with co-counsel regarding repetitive filing in appellate court |
| D. Courson | 12/13/2024 | 0.2 | 0 | Reviewed motion to stay appeal |
| D. Courson | 12/15/2024 | 2 | 2 | Drafted opposition to motion to stay appeal |
| D. Courson | 12/16/2024 | 0.1 | 0 | Email with co-counsel regarding opposition to motion to stay |
| D. Courson | 12/18/2024 | 0.4 | 0.4 | Reviewed district court's order for a status conference (0.1); conferred with co-counsel regarding same via email (0.3) |
| D. Courson | 12/19/2024 | 0.4 | 0 | Received email from opposing counsel regarding request for extension of briefing deadline; conferred with co-counsel regarding same via email |
| D. Courson | 12/20/2024 | 1.2 | 0 | Reviewed state's reply in support of their motion to stay appeal and conferred with co-counsel regarding same (0.8); reviewed state's motion for extension of time (0.2); reviewed draft update letter to clients (0.2) |
| D. Courson | 12/20/2024 | 0.8 | 0.8 | Call with DWCC inmates |
| D. Courson | 12/23/2024 | 3.4 | 3.4 | Conferred with Ms. Bray regarding potential sur-reply regarding motion to stay appeal (0.4); drafting sur-reply (2.8); reviewed motion to enroll Brungard (0.1); reviewed order granting extension of briefing schedule (0.1) |
| D. Courson | 12/24/2024 | 0.9 | 0.9 | Email correspondence regarding proposed sur-reply (0.2); conferred with Ms. Birk regarding same (0.1); legal research regarding sur-replies to a motion in federal appeals courts (0.5); reviewed response from appellte counsel (0.1) |
| D. Courson | 12/27/2024 | 0.1 | 0 | Reviewed order granting stay of appeal |
| D. Courson | 01/06/2025 | 0.5 | 0.5 | Legal research regarding jurisdictional issues in preparation for status conference with the court |

EXHIBIT A TO COURSON DEC.

| Staff | Date | Time Worked | Time Requested | Activity |
|---|---|---|---|---|
| D. Courson | 01/09/2025 | 0.2 | 0 | ~~Email correspondence with co-counsel to prepare for upcoming status conference~~ |
| D. Courson | 01/13/2025 | 0.9 | 0.9 | Performing legal research regarding jurisdictional issues in preparation for status conference |
| D. Courson | 01/14/2025 | 5 | 5 | Preparing for status conference with Judge Foote (reviewing pleadings and motions) (1.5); meeting with co-counsel to prepare for same (0.5); performing legal research on the jurisdictional issues raised by the court (3.0) |
| D. Courson | 01/15/2025 | 2.5 | 2.5 | Prepared for and participated in status conference with Judge Foote |
| D. Courson | 01/23/2025 | 0.2 | 0 | ~~Reviewed request from Charles H. Parker~~ |
| D. Courson | 01/28/2025 | 1.5 | 1.5 | Reviewed and edited letter to the court |
| D. Courson | 01/31/2025 | 0.2 | 0 | ~~Responded to Pablo Stewart with update~~ |
| D. Courson | 02/12/2025 | 0.5 | 0 | ~~Reviewing the Fifth Circuit's ruling in Parker case; conferred with Ms. Bray regarding same; email to co-counsel regarding same~~ |
| D. Courson | 02/13/2025 | 0.3 | 0 | ~~Research 5th Circuit local rules regarding issuance of mandate in cases where court finds that there is a lack of jurisdiction~~ |
| D. Courson | 03/10/2025 | 0.5 | 0.5 | Conferring with Ms. Bray regarding plans for upcoming visit to David Wade, regarding information received regarding witness from first trial, and communications with court regarding order on case caption (0.4); reviewed court order re caption (0.1) |
| D. Courson | 03/19/2025 | 0.1 | 0 | ~~Conferred with Ms. Bray regarding upcoming visit to David Wade~~ |
| D. Courson | 03/27/2025 | 0.2 | 0 | ~~Reviewed notice from the court re-setting the status conference (0.1); conferred with Ms. Bray regarding her calls with class members (0.1)~~ |
| D. Courson | 03/31/2025 | 0.1 | 0 | ~~Reviewed motion to enroll by opposing counsel~~ |
| D. Courson | 04/23/2025 | 1 | 0 | ~~Prepared for and attended status conference with Judge Foote~~ |
| D. Courson | 04/23/2025 | 1.5 | 1.5 | Prepared for and participated in status conference with court (1.0); conferred with Ms. Bray regarding same (0.3); reviewed Fifth Circuit order granting rehearing in Parker case (0.2) |
| D. Courson | 05/09/2025 | 1 | 0 | ~~Meeting with Ms. Bray and Ms. Birk to discuss strategy for preparing scheduling order and other tasks~~ |
| D. Courson | 05/12/2025 | 0.6 | 0 | ~~Participating in meeting with potential co-counsel regarding attorney fees~~ |
| D. Courson | 05/19/2025 | 0.8 | 0.8 | Call with co-counsel to discuss proposed scheduling order (0.6); edited draft email to experts (0.2) |
| D. Courson | 05/20/2025 | 1.7 | 0 | ~~Discussion with co-counsel regarding preparing for litigation regarding fee motion (0.8); reviewed information regarding potential counsel (0.5); call with potential counsel (0.4)~~ |
| D. Courson | 05/22/2025 | 0.6 | 0.6 | Call with John Adcock regarding representation on fee motion (0.2); sending emails to potential special masters/monitors (0.2); call with Dr. Pablo Stewart (0.2) |
| D. Courson | 05/23/2025 | 0.2 | 0 | ~~Responded to email from John Adcock (0.1); sent email to proposed special master/monitor (0.1)~~ |
| D. Courson | 05/27/2025 | 0.3 | 0 | ~~Reviewed district court order setting deadline for opposition (0.2); call with Ms. Bray regarding same and regarding response to Mr. Adcock (0.1)~~ |
| D. Courson | 05/28/2025 | 1.2 | 1.2 | Reviewed defendants' Fifth Circuit letter submission (0.2); drafted response to same (1.0) |
| D. Courson | 05/29/2025 | 5.5 | 5.5 | Drafting memorandum in opposition to renewed motion to stay, including legal research for same and revising same (5.0); revised response to Defendants' fifth circuit letter (0.5) |
| D. Courson | 05/30/2025 | 2.1 | 2.1 | Revised memorandum in opposition to renewed motion to stay (2.0); reviewed engagement letter from Mr. Adcock (0.1) |
| D. Courson | 06/03/2025 | 0.2 | 0 | ~~Reviewed engagement letter for John Adcock~~ |
| D. Courson | 06/04/2025 | 0.2 | 0 | ~~Edited proposed scheduling order~~ |
| D. Courson | 06/05/2025 | 0.5 | 0.25 | Edited proposed schedule  [*time reduced by 50%*] |
| D. Courson | 06/06/2025 | 2.2 | 2.2 | Editing proposed scheduling order and language therein (0.5); reviewed district court order denying stay motion (0.2); drafted and revised memorandum in support of motion for site visit (1.5) |
| D. Courson | 06/09/2025 | 1 | 1 | Conferred with Ms. Bray regarding response to Keith Fernandez regarding motion for site visit (0.4); edited draft response to opposing counsel (0.5) conferred regarding revisions to motion (0.1) |
| D. Courson | 06/12/2025 | 0.2 | 0.2 | Reviewed order setting briefing on motion for visit to DWCC (0.1); email regarding expert for fee motion (0.1) |
| D. Courson | 06/13/2025 | 0.3 | 0.3 | Reviewed response from opposing counsel regarding fee motion (0.1); edited draft response to same for Ms. Bray (0.1); email with Mr. Adcock regarding fee motion (0.1) |
| D. Courson | 06/16/2025 | 0.3 | 0 | ~~Call with John Adcock regarding fee motion~~ |
| D. Courson | 06/20/2025 | 1 | 0.5 | Reviewing timesheet for write-downs [*time reduced by 50%*] |
| D. Courson | 06/24/2025 | 0.2 | 0.2 | Reviewing emails and documents relating to supplement to fee motion |
|  |  | 93.3 | 67.55 | TOTAL |