**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

BRUCE CHARLES, ET AL.                               CIVIL ACTION NO. 18-0541

VERSUS                                              JUDGE ELIZABETH E. FOOTE

JAMES M LEBLANC, ET AL.                             MAGISTRATE JUDGE HORNSBY

## JUDGMENT

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that Plaintiffs' motions for attorney fees [Record Documents 805 & 842] are **GRANTED**. In the interest of judicial efficiency and in light of the unusual procedural posture of this case, the Court makes a binding calculation of the attorneys' fees and costs. The Court finds fees of $6,313,505.20 and costs of $540,010.98 are reasonable for Plaintiffs' work from January 19, 2016, to June 24, 2025.

**IT IS FURTHER ORDERED** that the award of attorneys' fees and costs is **STAYED** until the resolution of Defendants' pending appeal. The award shall remain stayed until such time as the Court deems appropriate and upon motion of a party.

**THUS DONE AND SIGNED** this 11th day of September, 2025.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE