# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| BRUCE CHARLES, ET AL. | CIVIL ACTION NO. 18-0541 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## SCHEDULING ORDER

Having considered the parties' proposed Scheduling Orders [Record Documents 834 & 835], the Court hereby **ORDERS** the following Scheduling Order for proceeding under its previously issued Remedial Order [Record Document 755]:

**SEPTEMBER 12, 2025** — **DEADLINE TO MEET AND CONFER TO SCHEDULE CELL-FRONT INTERVIEWS**. Plaintiffs' counsel may conduct cell-front interviews of class members. *See* Record Document 857. The parties are ordered to meet and confer to schedule these cell-front interviews.

**OCTOBER 10, 2025** — **DEADLINE TO MEET AND CONFER REGARDING SPECIAL MASTERS**. The parties are ordered to meet and confer to identify and discuss potential Special Masters. As set forth in the Remedial Order, the Court intends to appoint three Special Masters: one correctional psychiatrist; one individual with experience working in prisons with segregated housing populations; and one individual with knowledge and expertise in disability access and accommodations, especially those pertaining to mental health.

The Special Masters will be appointed to: determine whether there have been any changes at David Wade Correctional Center ("DWCC") that cure the Eighth Amendment, ADA, and RA violations enumerated by the Court since the August 30, 2022, discovery cut-off date; develop a remedial plan that is compliant with the requirements set forth in the Remedial Order; make recommendations regarding the implementation of the remedial plan; monitor the implementation of

the remedial plan; provide periodic status reports to the Court; and ensure the enforcement of the remedial plan in order to cure and eliminate the constitutional, ADA, and RA violations.

**OCTOBER 31, 2025**  **SUBMISSION OF PROPOSED SPECIAL MASTERS.** The parties shall submit to the Court the names of the proposed Special Masters for each position. If the parties are unable to agree on the proposed Special Masters, each party will submit to the Court up to three proposed names for each position, along with his/her most recent curriculum vitae.

**Improvements Since the Cut-Off Date.** Within **fourteen days** of this Court's appointment of the Special Masters, Defendants shall provide the Special Masters with any evidence they believe proves that the previously enunciated deficiencies have been remedied. Plaintiffs will have the right to request additional discovery as to the existence and effectiveness of these alleged remedies according to the schedule fashioned by the Special Masters. Plaintiffs will then have the right to submit their own evidence to the Special Masters in accordance with that schedule.

**Cooperation and Access.** No later than **thirty days** after this Court's appointment of the Special Masters, the Special Masters shall have access to DWCC to conduct reviews of the facility, as well as the security, mental health care, and ADA operations. The Special Masters shall have access to any and all records and documents appropriate and necessary for their tasks, and the Department of Corrections ("DOC") shall provide any records and documents requested without delay and within **fourteen days** following the request. All requests for records and documents shall be made by electronic or physical mail. The DOC shall designate in writing the employees to whom records requests by the Special Masters should be directed and the means of contacting

2

those individuals. The DOC shall designate in writing one headquarters employee, one or more Wardens and/or Deputy Wardens, one or more mental health clinicians, one or more members of the medical staff, and one or more security employees that will be coordinating and facilitating the work of the Special Masters. The DOC shall facilitate any visits to DWCC within **twenty-four hours** of any written notice by the Special Masters, who shall be provided reasonable access to the members of the Class and Subclass.

The Special Masters shall be provided electronic access to the record of these proceedings and the Court shall designate an individual in the Clerk of Court's office to assist the Special Masters with the retrieval of documents from the record if necessary.

**Reporting.** Within **120 days**[1] of this Court's appointment of the Special Masters, the Special Masters shall submit a report to the Court outlining which of the constitutional deficiencies they believe have been remedied. Within **thirty days** of the Special Masters filing the report on improvements, either party may file objections to the Special Masters' findings.

Within **120 days**[2] of this Court's appointment of the Special Masters, the Special Masters shall submit a proposed remedial plan, detailing plans to remedy the deficient conditions of confinement and delivery of mental health services. The plan shall also outline the plans to remedy the ADA and RA violations. This plan shall include recommended steps for implementation, recommended timelines for completion and

---

[1] The Court may extend this deadline upon the request of the Special Masters with good cause, including Plaintiffs' need for discovery and/or the admission of additional evidence.

[2] The Court may extend this deadline upon the request of the Special Masters with good cause, including Plaintiffs' need for discovery and/or the admission of additional evidence.

compliance, and the metrics and key performance indicators that will be used to track the success of this plan. Within **thirty days** of the Special Masters filing the proposed remedial plan, either party may submit its proposed amendments. If either party intends to submit proposed amendments, the parties shall meet and confer no less than **fourteen days** after the Special Masters' submission in an effort to agree upon proposed amendments. The parties shall discuss any proposed amendments with the Special Masters no less than **seven days** before submission of proposed amendments to the Court.

The Court will then review the report on improvements, the proposed remedial plan, and any requests for amendment and will enter orders necessary and appropriate to effect the remedies. The Court may conduct hearings to resolve any disputes as to the Special Masters' report on improvements and the proposed remedial plan.

**Monitoring Implementation of Remedial Plans and Periodic Reports to Court.** Beginning six months after the Court enters an order effectuating the remedial plan, and at recurring intervals every six months thereafter, the Special Masters shall submit a comprehensive report advising the Court of the status of the implementation of each component of the remedial plan. The Special Masters should also articulate any areas of non-compliance or concerns they have regarding the completion of deadlines. The parties shall have **fourteen days** to comment on any periodic report, after which time the Court will determine whether a status conference or hearing is required. Monitoring of progress and compliance with the Court's remedial orders shall continue until further order by the Court. In the event that Defendants act in non-compliance, the

Special Masters shall have the ability to take steps to enforce the remedial order. The Special Masters shall continue to have access to DWCC, the Class and Subclass members, and any records and documents during the monitoring period under the terms set forth above and in this Court's Remedial Order.

**Fees and Costs**. Plaintiffs may file supplemental motions for attorneys' fees and costs during the implementation and monitoring period in ninety-day intervals. Defendants shall file any oppositions to those supplemental motions within **fourteen days** of the filing of the motion.

**THUS DONE AND SIGNED** this 11th day of September, 2025.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE